# Exhibit B

E. CRAIG
IDAHO

ENATE OFFICE BUILDING
224-2752

AGRICULTURE, NUTRITION,
AND FORESTRY

ENERGY AND NATURAL
RESOURCES

SPECIAL COMMITTEE
ON AGING

# United States Senate
WASHINGTON, DC 20510-1203

February 17, 1994

Attn: John W. Magaw
Bureau of Alcohol, Tobacco and Firearms
650 Massachusetts Avenue, N.W.
Washington, DC 20226

Dear Director Magaw:

Thank you for your quick response to my request for a list of the firearms that would be banned as a result of the Feinstein amendment to the Senate Crime bill, now Section 4502 of S. 1607.

Since you stated your list is not inclusive and additional firearms may be added to it, could you tell me:

1. Would any of the firearms listed in Appendix A of the Feinstein amendment (that is, Section 4510 of S. 1607) be banned under the criteria given in the amendment?

2. Did BATF personnel assist in the compilation of Appendix A?

3. Is it possible to develop a comprehensive list of potentially banned firearms? If so, can you estimate how long it would take to develop such a list?

4. Would the firearms on the attached list be banned?

5. To the extent that the criteria for banning focus on cosmetic features, do you agree that virtually any firearm on the list could be modified (such as by removing a bayonet lug or flash suppressor) to remove it from the definition of banned "assault weapon"?

6. Please provide me with whatever data your agency has concerning the number of crimes committed in the last five years with each of the firearms restricted by S. 1607.

7. Please provide me with whatever data the BATF has concerning the number of crimes committed with each of the firearms that are mentioned in your letter, or other firearms of this "type" on which you have not yet reached a decision.

Your continued assistance is greatly appreciated.

Sincerely,

LARRY E. CRAIG
United States Senator

Enclosure

RESOURCE CENTER
304 NORTH 8TH STREET   304 NORTH 8TH STREET   103 NORTH 4TH STREET   833 MAIN STREET   250 SOUTH 4TH AVENUE   1292 ADDISON AVENUE EAST   2539 CHANNING WAY
ROOM 147              ROOM 149               COEUR D'ALENE, IDAHO 83814   LEWISTON, IDAHO 83501   POCATELLO, IDAHO 83201   TWIN FALLS, IDAHO 83301   IDAHO FALLS, IDAHO 83404
BOISE, IDAHO 83702    BOISE, IDAHO 83702

- AO-9 Assault Pistol
- American Arms AKY39 Rifle
- American Arms AKF39 Rifle
- American 180
- Anschutz Deluxe Model 520/61
- AR-10 Semi-Auto Rifle
- Argientine FALs
- Armalite AR-180 Sporter Carbine
- Armscor Model 1600
- Armscor AK-22
- Armscorp M-14 Semi-Auto Rifle
- Australian Automatic Arms SAR
- Australian Automatic Arms SAC
- Australian Automatic Arms SAP
- Australian Automatic Arms SP Hunting Rifle
- Australian Automatic Arms SP-20 Hunting Rifle
- Australian L1A1 FAL
- Auto-Ordnance Mod 1927A-3
- Auto-Ordnance 1927-A5 Pistol
- Barrett Light-Fifty
- Beretta AR-70 Sporter
- Beretta SC-70 Carbine
- Bushmaster Auto Rifle
- Bushmaster Rifle
- Bushmaster Auto Pistol
- Calico Model 100 Pistol
- Calico Model 900 Carbine
- Calico Model 951 Tactical Carbine
- CETME Rifle
- Clayco AKS Rifle
- Cobray M-11
- Cobray M-11/9
- Cobray 9mm Carbine
- Cobray Cobray M-12
- Colt AR-15
- Colt AR-15A2 Carbine
- Colt AR-15A2 H-BAR
- Colt AR-15A2-Delta H-BAR
- Colt Match Delta H-BAR
- Colt Sporter Lightweight
- Colt Sporter Target
- Commando Arms Carbine
- Daewoo AR110C
- Daewoo AR100
- Demro TAC-1 Carbine
- Demro XF-7 Carbine
- Eagle Arms EA-15 Action Master Auto Rifle
- Eagle Arms EA-15 Auto Rifle
- Eagle Arms EA-15 E1 Carbine
- Eagle Arms EA-15 E2 Carbine
- Eagle Arms EA-15 E2 H-BAR
- Eagle Arms EA-15 Golden Eagle Auto Rifle
- Egyptian Maadi AKM
- Egyptian Maadi "Thumbhole AKM"
- EMF AP-74
- Encom Mk IV
- FAMAS Semi-Auto Rifle
- Feather AT-9 Carbine
- Feather AT-22
- Feather Mini-AT
- Feather SAR-180 Carbine
- Feather Saturn 30 Rifle
- Federal Model XC-220
- Federal XC900 Pistol
- Federal SC450 Pistol
- Fed Ord M-14 Rifle
- F.I.E./Franchi Para Carbine
- FN-FNC
- FN "G Series" FAL FN-LAR Competition Auto
- FN-LAR Heavy Barrel .308 Match
- FN-LAR Paratrooper Model 50-64
- FN-LAR Model 50-63
- Galil AR
- Galil ARM
- Galil Sniper Rifle
- Galil Sporter
- Goncz High-Tech Carbine
- Goncz High-Tech Long Pistol
- Grendel R-31 Auto Carbine
- Heckler & Koch PSG-1 Marksman Rifle
- Heckler & Koch VP 70Z Pistol
- Heckler & Koch 91
- Heckler & Koch 93
- Heckler & Koch 94
- Holmes MP-22
- Holmes MP-38
- Holmes MP-83
- Intratec Scorpion
- Intratec TEC-9
- Intratec TEC-DC9
- Intratec TEC-22
- Israeli FALs
- Iver Johnson Enforcer Model 3000 Auto
- Iver Johnson PM30HB Carbine
- Kassnar SA 85M AKM
- Kassnar SA 85M "Thumbhole AKM"
- MAC-10 Semi-Auto
- MAC-11 Semi-Auto
- Micro Uzi Pistol
- Mini Uzi Pistol
- Mitchell AKM
- Mitchell AK-22
- Mitchell Galil/22
- Mitchell Heavy Barrel AKM
- Mitchell MAS-22
- Mitchell M-1622
- Mitchell M-76 Counter Sniper Rifle
- any M1 Carbine with folding stock
- Norinco MAK-90 Rifle
- Norinco MAK-91 Legend Rifle
- Norinco Officer's Nine Carbine
- Norinco RPK Rifle
- Norinco Type 81S Rifle
- Norinco Type 81MGS Rifle
- Norinco Type 84S AK
- Norinco Tuype 86S "Bullpup" AK Rifle
- Norinco Type 86S-7 Rifle
- Norinco Type 88SB Rifle
- Olympic Arms Car-9
- Olympic Arms CAR-15

Olympic Arms CAR-40
Olympic Arms CAR-45
Olympic Arms CAR-310
Olympic Arms K-4 AR-15 Rifle
Partisan Avenger
Poly Technologies AK-47/S
Poly Technologies AKS-762
Poly Technologies AKS-762 Down Flder
Poly Technologies AKS-762 Side Folder
Poly Technologies M-14/S
Poly Technologies RPKS-74 Assault Rifle
Ruger Mini-14/5
Ruger Mini-14 with folder stock
Scarab Skorpion Pistol
SIG AMT
SIG PE-57
SIG SG 550-2 SP Rifle
SIG SG 550-2 SP Carbine
Smith Enterprises M-14 Semi-Auto Rifle
Spectre Carbine
Spectre DA Pistol
Springfield Armory SAR-3
Springfield Armory SAR-48 Standard
Springfield Armory SAR-48 Bush Rifle
Springfield Armory SAR-48 Heavy Barrel
Springfield Armory SAR-48 Para
Springfield Armory SAR-4800
Springfield Armory M1A Super Match
Springfield Armory M1A-A1 Bush Rifle
Springfield Armory BM-59 Italian Model
Springfield Armory BM-59 Alpine Model
Springfield Armory BM-59 Alpine Paratrooper Model
Springfield Armory BM-59 Nigerian Mk IV Model
Springfield Armory M-21 Sniper Firle
Sterling Carbine
Steyr AUG-SA
Street Sweeper Shotgun
Striker 12 SE-12 Shotgun
SVD "Tiger" Sniper Rifle
Universal 100 Carbine
USAS-12 Auto
Uzi Pistol
Uzi Carbine
Valmet M-62/S Rifle
Valmet M-71/S Rifle
Valmet M-76 Standard Rifle
Valmet M-78 Rifle
Valmet M-82 Bullpup Rifle
Valmet Hunter Rifle
Weaver Arms Nighthawk
Wilkinson "Terry" Carbine
XM 231S Semi-Auto Pistol