UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 4:16-cv-40136-TJH

|  |  |
|---|---|
| PULLMAN ARMS INC, GUNS and GEAR, LLC, PAPER CITY FIREARMS, LLC, GRRR! GEAR, INC, and NATIONAL SHOOTING SPORTS FOUNDATION, INC.<br><br>            Plaintiffs,<br><br>v.<br><br>MAURA HEALEY, ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND THE DEADLINE
TO OPPOSE DEFENDANT'S MOTION TO DISMISS**

The Plaintiffs request, pursuant to Fed. R. Civ. P. 6(b)(1)(A) and with the Defendant's assent, an extension for Plaintiffs to respond to Defendant's Motion to Dismiss to December 19, 2016.

On November 22, 2016, Defendant served and filed a Motion to Dismiss with a forty-page brief.  The Plaintiffs opposed the motion to file on November 29, 2016, and the Court has not yet ruled on the Attorney General's request.  Given the length of the motion and other counsel commitments, the additional time was requested, and the Defendant has agreed to an extension until December 19, 2016 for Plaintiffs to file their Opposition.

This motion is not sought to delay the matter, and extends the schedule by two weeks.

WHEREFORE, the Plaintiffs respectfully request, with Defendant's assent, that the Court grant this motion and allow Plaintiffs to file an Opposition to Defendant's Motion to Dismiss by December 19, 2016.

                                      PLAINTIFFS,
                                      Pullman Arms Inc., Guns and Gear, LLC,
                                      Paper City Firearms, LLC, Grrr! Gear, Inc.,
                                      and National Shooting Sports Foundation, Inc.
                                      By their attorneys,

                                      /s/  David R. Kerrigan
                                    Christopher A. Kenney, Esq., BBO# 556511
                                    cakenney@KandSlegal.com
                                    David R. Kerrigan, Esq., BBO# 550843
                                    drkerrigan@KandSlegal.com
                                    Kenney & Sams, P.C.
                                    Old City Hall
                                    45 School Street
                                    Boston, MA 02108
                                    (617)722-6045

                                      /s/   Michael J. Sullivan
                                    Michael J. Sullivan, Esq.
                                    msullivan@ashcroftlawfirm.com
                                    Ashcroft Law Firm
                                    200 State Street
                                    7th Floor
                                    Boston, MA 02109

DATED: December 6, 2016

**CERTIFICATE OF SERVICE**

I hereby certify, on behalf of Plaintiffs, that on <u>December 6, 2016</u>, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/s/ David R. Kerrigan</u>
David R. Kerrigan

**CERTIFICATE OF COMPLIANCE WITH RULE 7.1**

I hereby certify that, pursuant to Local Rule 7.1(a)(2), I conferred with William W. Porter, Esq., counsel for Defendant, concerning this Motion and Plaintiffs' Opposition deadline. By e-mail at 12:16 p.m. on December 6, 2016, Attorney Porter indicated that Defendant assents to this Motion.

<u>/s/ David R. Kerrigan</u>
David R. Kerrigan