UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PULLMAN ARMS INC., GUNS and GEAR, LLC, <br> PAPER CITY FIREARMS, LLC, <br> GRRR! GEAR, INC., and <br> NATIONAL SHOOTING SPORTS <br> FOUNDATION, INC. <br>         Plaintiffs, <br> v. <br> MAURA HEALEY, ATTORNEY GENERAL <br> FOR THE COMMONWEALTH OF <br> MASSACHUSETTS <br>         Defendant. | CASE NO.: 4:16-cv-40136-TJH |

## PLAINTIFFS' MOTION FOR A RULE 16 CONFERENCE

The Plaintiffs Pullman Arms Inc., Guns and Gear, LLC, Paper City Firearms, LLC, GRRR! Gear, Inc., and National Shooting Sports Foundation, Inc. ("Plaintiffs") request that the Court schedule a Rule 16 scheduling conference, and that the Court issue its standard pre-conference scheduling order in advance of the hearing. Now that the Court has denied the motion to dismiss, the case may proceed with the necessary discovery to allow the issues to be decided on their merits.

                PLAINTIFFS,
                Pullman Arms Inc., et al.
                By their attorneys,

                /s/  David R. Kerrigan
                Christopher A. Kenney, Esq., BBO# 556511
                cakenney@KandSlegal.com
                David R. Kerrigan, Esq., BBO# 550843
                drkerrigan@KandSlegal.com
                Kenney & Sams, P.C.
                45 School Street
                Boston, MA 02108
                (617)722-6045

/s/   Michael J. Sullivan
Michael J. Sullivan, Esq.
msullivan@ashcroftlawfirm.com
Ashcroft Law Firm
200 State Street
7th Floor
Boston, MA 02109

DATED: March 22, 2018

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I, David R. Kerrigan, counsel for Plaintiffs, certify that I attempted to confer with opposing counsel on the morning of March 20, 2018, the afternoon of March 21, 2018, and the morning of March 22, 2018, in an effort to narrow or resolve the issue that is the subject of this Motion. I was not able to speak with counsel despite leaving messages, so the parties were unable to resolve this dispute.

Dated: March 22, 2018

/s/ David R. Kerrigan
David R. Kerrigan

**CERTIFICATE OF SERVICE**

I hereby certify, on behalf of Plaintiffs, that on March 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ David R. Kerrigan
David R. Kerrigan