UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PULLMAN ARMS INC.; GUNS and GEAR, LLC; PAPER CITY FIREARMS, LLC; GRRR! GEAR, INC.; and NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAURA HEALEY, ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS, <br><br> Defendant. | CIVIL ACTION NO. 4:16-cv-40136-TSH |

## NOTICE OF APPEAL

The defendant Maura Healey, as Attorney General for the Commonwealth of Massachusetts, hereby appeals from the Order of the District Court entered on March 14, 2018, denying the defendant's Motion to Dismiss and, in particular, so much of the Order as denied the defendant's Motion to Dismiss on grounds of Eleventh Amendment immunity.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

 /s/ William W. Porter
William W. Porter, BBO #542207
Julia E. Kobick, BBO #680194
Jeffrey T. Collins, BBO#640371
Assistant Attorneys General
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108
(617) 963-2976

Date:   April 11, 2018    bill.porter@state.ma.us

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 11, 2018.

                                                /s/ William W. Porter
                                                William W. Porter