# Exhibit A

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, S.S.                                  SUPREME JUDICIAL COURT
                                              FOR SUFFOLK COUNTY

                                              S.J.C. NO.

_____
                                              )
BAYSTATE FIREARMS AND TRAINING, LLC )
and DOWNRANGE, INC.                          )
d/b/a CAPE GUN WORKS                         )
                                              )
                                              )
            Plaintiffs,                       )
                                              )
v.                                            )
                                              )
                                              )
MAURA HEALEY, ATTORNEY GENERAL               )
FOR THE COMMONWEALTH OF                      )
MASSACHUSETTS                                )
                                              )
            Defendant.                        )
_____)

## PETITION FOR DECLARATORY RELIEF

### Introduction

1.      This is an action for declaratory relief brought by Baystate Firearms and Training,

LLC, and Downrange Inc. d/b/a Cape Gun Works, two licensed firearm retailers, requesting that

the Court declare that the Office of the Attorney General failed to follow state law, the

Administrative Procedure Act contained in G.L. c. 30A, when the Attorney General issued a

regulation entitled "Enforcement Notice" in July, 2016.  On July 20, 2016, the Attorney General

unexpectedly and without any public notice or hearing or receiving any input, announced that the

Attorney General now intends to enforce both G.L. c. 93A, the Massachusetts consumer

protection act, and a licensing statute regulating firearms according to entirely new

interpretations for what constitutes a so-called "assault weapon."  In issuing this notice, the

Attorney General's Office has admitted in other civil actions that it did not follow the procedures for issuing regulations under G.L. c. 93A, and disregarded the requirements under state law in G.L. c. 30A for receipt of comments and public hearing.

2.      The Enforcement Notice constitutes a regulation under state law, and it issued without any administrative process or input from affected parties and radically redefines the meaning of the statutory phrase "copies and duplicates of assault weapons" in a manner specifically rejected by the Massachusetts Legislature before it amended the state licensing law in 1998.   Because the Office plans to enforce the law according to the new regulation "in a civil or criminal action if gun dealers or individuals do not comply," the Plaintiffs seek relief from this Court to declare the Enforcement Notice to be invalid due to the Attorney General's failure to follow the law and procedures in G.L. c. 30A. See copy of September 16, 2016 Question and Answers, p. 3, attached as Exhibit A.

## JURISDICTION

3.      The Supreme Judicial Court for Suffolk County has jurisdiction over this declaratory judgment action pursuant to G.L. c. 231A §1.

## PARTIES

4.      Plaintiff Baystate Firearms and Training, LLC ("Baystate Firearms") is a limited liability company, organized under the laws of the Commonwealth of Massachusetts.  Baystate Firearms is licensed to sell firearms in the Commonwealth of Massachusetts, and it operates a firearm retail store in Peabody, Massachusetts.

5.      Downrange Inc. ("Downrange") is a Massachusetts corporation incorporated under the laws of the Commonwealth of Massachusetts and does business as Cape Gun Works.

2

Downrange is licensed to sell firearms in the Commonwealth, and it operates a retail store in Hyannis, Massachusetts.

6.       Defendant Attorney General Maura Healey ("Attorney General") is the duly elected Attorney General for the Commonwealth of Massachusetts and is named in her official capacity.

7.       The Office of the Attorney General was established pursuant to M.G.L. c. 12 §§1-11N.  The Attorney General is the chief law enforcement officer for the Commonwealth of Massachusetts and enforces various laws relating to licensing of firearms sales in the Commonwealth as contained in G.L. c. 140 §§122 and 123 *et seq.*

8.       Included among the Attorney General's authority and powers is enforcement of G.L. c. 93A, the Commonwealth's consumer protection act. The Attorney General has enacted a variety of regulations interpreting G.L. c. 93A, contained in 940 C.M.R. §3.00 *et seq.*, which prohibit unfair and deceptive practices, including the failure to comply with statutes and rules designed to protect the public's health, safety, and welfare.

## FACTS

**Firearm terminology**

9.       Firearms are made up of several distinct sets of parts. The receiver is the basic unit of a firearm which houses the firing and breech mechanisms and to which the barrel and stock are attached.

10.      In a rifle, shotgun, or pistol, the chamber refers to the rearmost part of the barrel formed to accept a specific cartridge or shell when inserted.

3

11.     A firearm bolt is the mechanical part that blocks the rear of the chamber while the ammunition propellant burns, and then moves out of the way to allow another cartridge to be inserted into the chamber.

12.     A firearm extractor is the device for withdrawing a cartridge or fired case from the chamber of a firearm.

13.     The firearm stock refers to the wood or plastic component to which the metal parts of the firearm are attached to allow one to hold the firearm.

14.     Centerfire ammunition refers to ammunition cartridges where the primer is located in the center of the case head.  Rimfire ammunition refers to ammunition cartridges where the priming mixture is in the rim of the cartridge cavity.  The most common rimfire caliber is .22 caliber.

**Background of Federal Firearm Laws Leading to Massachusetts Statute**

15.     In 1968, Congress enacted the Gun Control Act, 18 U.S.C. §§ 921-930, which sought to impose a comprehensive regulatory scheme on the import, manufacture and sale of firearms.

16.     Congress subsequently amended the Gun Control Act in 1994 when it enacted the Public Safety and Recreational Firearms Use Protection Act.  That act prohibited, for a period of ten years, the manufacture, transfer or possession of so-called "assault weapons" as defined by the statute.   The statute incorporated an amendment sponsored by Senator Dianne Feinstein of California and banned as so-called "assault weapons" a short list of specifically identified semi-automatic firearms and exact "copies" or "duplicates" of those specifically listed firearms, along with other semiautomatic firearms based on whether they had two or more features.

4

17.    18 U.S.C. §921(a)(30) defined the term "semiautomatic assault weapon" to

include a list of precise models made by specified manufacturers. It stated as follows:

> (30) The term "semiautomatic assault weapon" means (A) any of the firearms, or copies
> or duplicates of the firearms in any caliber, known as -
>
> (i)     Norinco, Mitchell, and Poly Technologies Avtomat Kalashnikovs (all models);
> (ii)    Action Arms Israeli Military Industries UZI and Galil;
> (iii)   Beretta Ar70 (SC-70);
> (iv)    Colt AR-15;
> (v)     Fabrique National FN/FAL, FN/LAR and FNC;
> (vi)    SWD M-10, M-11, M-11/9 and M-12;
> (vii)   Steyr AUG;
> (viii)  INTRATEC TEC-9, TEC-DC9 and TEC-22; and
> (ix)    revolving cylinder shotguns, such as, or similar to, the Street Sweeper and Striker
>         12.

18.    These specific banned "assault weapons" became known as "enumerated"

firearms. In addition to the specific firearms and copies or duplicate of those firearms, the

federal legislation also banned as an "assault weapon" any semiautomatic rifle, pistol or shotgun

that failed what became known as the "two features" test. 18 U.S.C. §921(a)(30)(B) provided

the following clear objective test for rifles:

> (B) a semiautomatic rifle that has an ability to accept a detachable magazine and has at
> least 2 of—
> (i)    a folding or telescoping stock;
> (ii)   a pistol grip that protrudes conspicuously beneath the action of the weapon;
> (iii)  a bayonet mount;
> (iv)   a flash suppressor or threaded barrel designed to accommodate a flash suppressor;
>        and
> (v)    a grenade launcher.

19.    Similarly, 18 U.S.C. §921(a)(30)(C) included within the definition of assault

weapon a semiautomatic pistol that has the ability to accept a detachable magazine and has at

least two of the following features:

> (i)    an ammunition magazine that attaches to the pistol outside of the pistol grip;
> (ii)   a threaded barrel capable of accepting a barrel extender, flash suppressor, forward
>        handgrip or silencer;

5

    (iii)    a shroud that is attached to, or partially or completely encircles, the barrel and that permits the shooter to hold the firearm with the nontrigger hand without being burned;

    (iv)    a manufactured weight of 50 ounces or more when the pistol is unloaded; and

    (v)    a semiautomatic version of an automatic firearm.

20.    18 U.S.C. §921(a)(30)(D) included certain semiautomatic shotguns within the definition of assault weapons.  Semiautomatic shotguns that had at least 2 of the following features were also considered assault weapons:

    (i)    a folding or telescoping stock;

    (ii)    a pistol grip that protrudes conspicuously beneath the action of the weapon;

    (iii)    a fixed magazine capacity in excess of 5 rounds; and

    (iv)    an ability to accept a detachable magazine.

21.    The federal statute exempted certain firearms from the assault weapon ban, including a list of firearms appearing as appendix A to the statute.

22.    The Public Safety and Recreational Firearms Use Protection Act did not contain, and was never interpreted to include, a "similarity" test or an "interchangeability" test to define what constitutes an "assault weapon."  The federal statute did not ban other semiautomatic firearms based on a) whether their internal functional components or operating system and firing mechanism was based on or substantially similar to a specifically listed firearm; or b) whether a firearm has a receiver that is the same as, or is interchangeable with the receiver of, a specifically listed firearm or includes or accepts two or more of the same operating components.

23.    By its terms, 18 U.S. C. §921(a)(30) was repealed on September 13, 2004.

**Massachusetts Adopts the Federal Assault Weapon Definitions**

24.    Massachusetts regulates the sale of firearms through several means, including requiring licenses for firearms retailers under G.L. c. 140 §§122 and 123 *et seq.*  In 1998, Massachusetts enacted amendments to the licensing provisions relating to firearm sales in G.L. c. 140.

6

25.     As the Massachusetts Legislature considered amending the statute, one

amendment, Senate Bill No. 1985, proposed to define "assault weapon" with thirteen categories

of specific firearms and "copies" of those firearms by including a definition of "copy" based on

similar bolt and receiver designs.  Senate Bill No. 1985 defined the term "copy" to include any:

> any weapon model with the same bolt and receiver or bolt and receiver
> design, regardless of nomenclature or manufacturer, as any weapon
> designated as an "assault weapon" in this section or with a bolt and
> receiver design identical or nearly identical, regardless of nomenclature or
> manufacturer, to any designated weapon which has been redesigned from,
> renamed, renumbered or patterned after any such designated weapon,
> regardless of the manufacturer or country of origin; provided, however,
> that the weapon as modified, enhanced, redesigned, renamed, renumbered,
> or patterned employs only ammunition of more than .22 caliber rimfire.

See Copy of Senate Bill No.1985 attached as Exhibit B, at § 1, p. 3.

26.     The Massachusetts Legislature rejected the proposed "copy" definition which

referred to identical or nearly identical bolt and receiver designs.  Instead, the Legislature

incorporated the assault weapon ban based on the assault weapons definitions appearing in 18

U.S.C. §921(a)(30).  The Legislature amended G.L. c. 140 to provide that the term "assault

weapon" shall have the same meaning as a semiautomatic weapon defined in 18 U.S.C.

§921(a)(30), by including the nine enumerated firearm categories from 18 U.S.C. §921(a)(30)

such as AK models, Israeli made UZIs, and Colt AR-15's, and copies or duplicates of the

enumerated weapons, without any reference to identical or nearly identical receivers and bolts.

27.     The Massachusetts Legislature also embraced and adopted the "features test"

when, in enacting G.L. c. 140 §121, it said that the term "assault weapon" shall have the same

meaning as the federal statute.

28.     The Massachusetts Legislature in enacting G.L. c. 140 § 121 did not enact a

"similarity" test or an "interchangeability" test to define what constitutes an "assault weapon"

because no such tests existed in the federal law. The "similarity" test and "interchangeability" test did not exist under state law until July 20, 2016, when the Office of the Attorney General created the tests for the first time.

29.     All firearm transactions that take place in the Commonwealth are recorded with the Firearms Records Bureau in the Executive Office of Public Safety and Security. Each transaction record contains data on the type, make and model of the firearm sold and identifying information for the buyer and seller. A number of Commonwealth law enforcement authorities have access to this information, including the Office of the Attorney General and the Department of State Police.

30.     For over two decades, since 1994 under federal law as enforced by the ATF, and then since 1998 under Massachusetts law, firearms manufacturers, Massachusetts' firearms retailers and law enforcement authorities, including the Executive Office of Public Safety and prior Attorneys General, all universally interpreted G.L. c.140 §121 to mean that only firearms meeting the features test and the specifically enumerated firearms constituted banned assault weapons.

31.     For example, Attorney General Healey issued a letter to licensed firearms dealers in December 2015, which reminded them of obligations under state and federal law relating to firearms sales. The letter stated that it "remains unlawful under Massachusetts law to sell prohibited assault weapons or large capacity feeding devices. These are the same weapons made illegal under the Federal Assault Weapons Ban of 1994. Those weapons may not be sold under Massachusetts law." See letter attached as Exhibit C, p.2.

32.     On July 20, 2016, the Attorney General for the Commonwealth of Massachusetts issued an "Enforcement Notice." See Copy of Enforcement Notice, attached as Exhibit D. The

Attorney General did not publish any intent to issue the Enforcement Notice in the

Commonwealth Registry.  The Attorney General did not hold any public hearings before the

Enforcement Notice issued to receive comments or any input into the terminology used in the

Enforcement Notice.

33.     The Attorney General did not follow in any manner the requirements of G.L.

c. 30A in issuing what constitutes a regulation in the form of the Enforcement Notice.  In fact,

the Attorney General admitted that she did not follow the law when issuing the Enforcement

Notice.  See Memorandum in Support of Defendants' Motion for Summary Judgment filed in

*Worman et al. v. Healey et al.* U.S.D.C., C. A. No. 17-cv-010107-WGY, p. 14 footnote 50,

excerpted at Exhibit E.

34.     The Attorney General's regulations set forth in the Enforcement Notice for the

first time ever adopted an entirely new interpretation of the "assault weapon" definition that does

not appear in nor does it comport with either the state or federal statutes.

35.     The Enforcement Notice purportedly sought to clarify what was meant by copies

or duplicates of the enumerated weapons under Massachusetts law.  See Exhibit D.  It stated that:

> A weapon is a Copy or Duplicate and is therefore a prohibited Assault weapon if
> it meets one or both of the following tests and is 1) a semiautomatic rifle or
> handgun that was manufactured or subsequently configured with an ability to
> accept a detachable magazine, or 2) a semiautomatic shotgun.

> 1.     *Similarity Test*: A weapon is a Copy or Duplicate if its internal functional
>        components are substantially similar in construction and configuration to those
>        of an Enumerated Weapon. Under this test, a weapon is a Copy or Duplicate,
>        for example, if the operating system and firing mechanism of the weapon are
>        based on or otherwise substantially similar to one of the Enumerated Weapons.

> 2.     *Interchangeability Test*: A weapon is a Copy or Duplicate if it has a receiver
>        that is the same as or interchangeable with the receiver of an Enumerated
>        Weapon. A receiver will be treated as the same as or interchangeable with the
>        receiver on an Enumerated Weapon if it includes or accepts two or more
>        operating components that are the same as or interchangeable with those of an

Enumerated Weapon. Such operating components may include, but are not limited to: 1) the trigger assembly; 2) the bolt carrier or bolt carrier group; 3) the charging handle; 4) the extractor or extractor assembly; or 5) the magazine port.

36.     The Attorney General issued the Enforcement Notice in a manner to maximize publicity and to affect public conduct, particularly the conduct of firearms dealers and firearms manufacturers in the Commonwealth.  For example, the Attorney General issued a press release and published an op-ed article in the Boston Globe.  See press release as Exhibit F and Op-ed article as Exhibit G.

37.     The Attorney General also sent the Enforcement Notice directly to all 350 licensed firearms dealers in the Commonwealth, including the plaintiffs, by letter dated July 19, 2016. See Press Release, Exhibit D.  The letter sent with the Enforcement Notice stated in part that this Notice "provides information on weapons that are prohibited 'copies' or 'duplicates' of the enumerated Assault weapons that are banned under Massachusetts law."  See Letter attached as Exhibit H.

38.     Before all licensed firearm dealers received the Enforcement Notice, the Attorney General also conducted a press conference announcing her action with other law enforcement individuals on July 20, 2016.  Included among her remarks were comments that "[t]oday we've put gun manufacturers and gun dealers on notice that we're cracking down on the illegal sale of assault weapons in Massachusetts."  See Remarks, attached as Exhibit I.

39.     Not long after issuing the Enforcement Notice, the Office of the Attorney General issued a follow-up notice entitled "Guns That Are Not Assault Weapons" in August, which attempted to summarize aspects of the Notice through questions and answers, among other means. The first version of this notice, which appeared in the form of questions and answers on or about August 18, 2016, listed various firearms models which were stated not to be assault

10

weapons, including handguns appearing on the Executive Office of Public Safety's handgun roster, any .22 caliber rifle, any Ruger Mini 14, any weapon that is operated by a manual bolt, pump, lever or slide action, and antiques and relics, among other exempted firearms. See attached notice as Exhibit J.

40.     Within mere days, the "Guns That Are Not Assault Weapons" notice changed, to state that only semiautomatic rifles chambered for .22 caliber rimfire ammunition were not "assault weapons" and could be sold. See revised Notice as Exhibit K.

41.     Since issuing the Enforcement Notice, the Attorney General has stated that she intends to enforce what she has declared to be the new interpretation of what constitutes banned assault weapons. For example, when the Enforcement Notice issued, the press release stated that "AG Healey continues to investigate violations of the gun law statewide." See Exhibit F. In the op-ed article published by the Boston Globe, Attorney General Healey stated that "If Washington won't use its power to get these guns off our streets, we will." See Op-Ed article attached as Exhibit G.

42.     Attorney General Healey also made clear in her remarks that the Office intended to enforce the new interpretation: "[t]oday, we've put gun manufacturers and gun dealers on notice that we're cracking down on the illegal sale of assault weapons in Massachusetts." See attached Remarks as Exhibit I.

43.     Before the Enforcement Notice, Baystate Firearms sold certain semi-automatic rifles from different manufacturers with detachable magazines not listed in 18 U.S.C. §921(a)(30) (A) and which did not have two or more features prohibited by 18 U.S.C. §921(a)(30) (B), but it no longer sells certain of those rifles out of fear of enforcement.

44.     Before the Enforcement Notice, Downrange previously sold certain semi-automatic rifles from different manufacturers with detachable magazines not listed in 18 U.S.C. §921(a)(30) (A) and which did not have two or more features prohibited by 18 U.S.C. §921(a)(30) (B), but it no longer sells certain of those rifles out of fear of enforcement.

## COUNT ONE
## DECLARATORY JUDGMENT (G.L. c. 231A and G.L. c. 30A)

45.     The Plaintiffs restate the allegations contained in paragraphs 1 to 44 as if fully set forth herein.

46.     The Enforcement Notice constitutes a rule, regulation, standard or other requirement of general application and future effect.

47.     The Office of the Attorney General adopted and implemented the Enforcement Notice to interpret the law the Office enforces, including G.L. c. 93A and G.L. c. 140.  The Office of the Attorney General has stated explicitly in connection with the Enforcement Notice that "the sale by a business of any weapon that the buyer is not permitted to possess also violates the state consumer protection act, G.L. c. 93A."  Exhibit A.

48.     Violations of G.L. c. 93A can be punished by civil penalties of up to $5,000 per violation.

49.     The Enforcement Notice is not an advisory ruling, nor does it concern the internal management of the Office of the Attorney General, nor does it meet any other exception identified in G.L. c. 30A §1 from what constitutes a regulation.

50.     The validity of the process followed, or lack of process, regarding the Attorney General's Enforcement Notice constitutes a question of law.

51.     The Office of the Attorney General issued and adopted the Enforcement Notice in violation of and contrary to the processes mandated by G.L. c. 30A.

52.     There is an actual dispute between the parties over whether the Enforcement Notice issued by the Attorney General is valid.  The Plaintiffs contend that the Attorney General's Office was required to follow the procedures under G.L. c. 30A before issuing the Enforcement Notice, and that it failed to do so, rendering the Notice invalid.  The Attorney General's Office contends that it need not have followed the requirements of issuing regulations under G.L. c. 30A §2 or §3.  As a result, declaratory relief is appropriate under G.L. c. 231A and under G.L. c. 30A §7.

53.     This action is appropriately filed with the Single Justice of the Supreme Judicial Court in the first instance because the material facts, such as the issuance of the Enforcement Notice, the failure to follow G.L. c. 30A procedural requirements, and the public statements associated with the Notice, are not in dispute.  In addition, the action involves an important question on whether the Attorney General followed state law, and any Superior Court decision will, in all likelihood, be appealed to the Supreme Judicial Court.

## REQUESTS FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

1.     After a hearing, reserve and report the case to the panel of the Supreme Judicial Court for its consideration.

2.     After a hearing, issue a judgment in favor of the Plaintiffs, declaring that the Attorney General's Enforcement Notice dated July 20, 2016 is invalid because it was issued in violation of the state Administrative Procedures Act contained in G.L. c. 30A and order that the Attorney General cannot take any enforcement action against the Plaintiffs or other retail stores because those stores sell firearms which meet the new "Similarity Test" or "Interchangeability Test" but are not the enumerated firearms described in G.L. c. 140 §121.

13

3.    Enter such further relief as this Court deems just and proper.

4.    Award the Plaintiffs their costs in bringing this action.

PLAINTIFFS,

Baystate Firearms and Range, LLC and
Downrange, Inc.
By their attorneys,

Christopher A. Kenney, Esq., BBO# 556511
cakenney@KandSlegal.com
David R. Kerrigan, Esq., BBO# 550843
drkerrigan@KandSlegal.com
Kenney & Sams, P.C.
225 Turnpike Road
Southborough, Massachusetts 01772
(508) 490-8500

Michael Sullivan, Esq.
msullivan@ashcroftlawfirm.com
Ashcroft Law Firm
200 State Street
7th Floor
Boston, MA 02109

DATED: August 15, 2018

# Exhibit A



The Official Website of the Attorney General of Massachusetts

## Attorney General
## Maura Healey

🏠 Home  >  Public Safety  >  Assault Weapons Ban Enforcement

## Assault Weapons Ban Enforcement

Attorney General Maura Healey has issued a notice to all gun sellers and manufacturers in Massachusetts, warning that her office is stepping up enforcement of the state's assault weapons ban, including a crackdown on the sale of copycat weapons.

The enforcement notice clarifies what constitutes a "copy" or "duplicate" weapon under the assault weapons ban. Copies or duplicates of banned assault rifles, including copies of the Colt AR-15 and the Kalashnikov AK-47, are prohibited by the Massachusetts assault weapons ban. Despite the law, an estimated 10,000 copycat assault weapons were sold in Massachusetts in 2015 alone.

The loophole in the Mass assault weapons ban - Op-Ed by Attorney General Healey as it appeared in the July 20, 2016 Boston Globe 📝

AG Healey Announces Enforcement of Ban on Copycat Assault Weapons

Remarks of Attorney General Healey 📝

Attorney General's Assault Weapons Enforcement Notice 📝

Guns That Are Not Assault Weapons

| AG Letter & Guidance | Questions & Answers | Support for Ban | Images |
| --- | --- | --- | --- |

Massachusetts law prohibits sale and possession of Assault Weapons. G.L. c. 140, §§ 128 and 131M. Sale by a business of any weapon that the buyer is not permitted to possess also violates the state consumer protection act, G.L. c. 93A.

On July 20, 2016, the Attorney General issued an Enforcement Notice on Prohibited Assault Weapons that provides gun manufacturers, licensed dealers, and the public with guidance on the Assault Weapons ban. In particular, the notice explains how the Attorney General identifies weapons that are prohibited as "copies" or "duplicates" of the enumerated banned Assault Weapons that are listed in Massachusetts law.

The full text of the Enforcement Notice, issued on July 20, 2016, is available here 📝. These FAQs are intended to summarize the Enforcement Notice, but in case of any inconsistency, the Enforcement Notice controls.

Q: What type of weapons are prohibited as "copies or duplicates" of the Assault Weapons listed in G.L. c. 140, § 121?

- Under Massachusetts law, Assault Weapons are defined in several ways. Among other things, the law sets out a list of weapons, by make and model, that are prohibited. The law further states that "copies or duplicates" of the listed weapons are also banned. Separately, there is a list of features that make certain guns Assault Weapons.

- The Attorney General's Enforcement Notice describes two tests the AGO uses to identify guns that are "copies or duplicates" because those guns are sufficiently similar to be considered "copycats" of the listed guns.

- As explained in the Notice, "copies" or "duplicates" of banned Assault Weapons include semiautomatic weapons that can accept a detachable ammunition magazine and that meet one of the following tests:

  - The weapon's internal functional components are substantially similar to the construction or configuration of a weapon that is expressly banned under the law (such as a Colt AR-15 or a Kalashnikov AK-47);

    OR

  - The weapon has a receiver that includes or accepts key operating components that are interchangeable with those of a banned weapon. The relevant operating components may include, but are not limited to:

    1) the trigger assembly;

    2) the bolt carrier or bolt carrier group;

    3) the charging handle;

    4) the extractor or extractor assembly; or

    5) the magazine port.

**Q: Does the Enforcement Notice affect the legality of the sale of receivers for Assault Weapons if the gun is not built out?**

- Yes. If the receiver is for a weapon that would meet one of the tests described above, it will be treated as an Assault Weapon and it cannot be sold in Massachusetts.

**Q: I am a law enforcement officer. Does the notice affect me?**

- No. The notice does not change the law with respect to ownership of Assault Weapons by law enforcement officers. Your existing right to buy and possess Assault Weapons remains protected under Massachusetts law.

**Q: I am a dealer. May I re-stock my inventory of Assault Weapons for sales exclusively to law enforcement officers?**

- No. However, you may take orders for sales of Assault Weapons to law enforcement officers, and you may obtain those weapons from your distributor and possess them until you complete the transfer. When you do so, you must retain information sufficient to verify that the transferee is a law enforcement officer.

**Q: Are there examples or categories of weapons that are not copies or duplicates of Assault Weapons?**

- Yes. Many rifles, shotguns, and pistols are not copies or duplicates of enumerated Assault Weapons. For example, the following are not copies or duplicates under G.L. c. 140, § 121:

  - Any handgun on the August 2016 version of the state's Approved Firearms Roster, available here 🔁;

  - Handguns are still subject to MA 940 CMR 16.00 *et seq* Consumer Protection Regulations;

  - Any .17 or .22 caliber rimfire rifle;

  - Any Ruger Mini 14 or substantially similar model weapon;

  - Any Springfield Armory M1A or substantially similar model weapon;

  - Any of the hundreds of rifles and shotguns on this list 🔁 —Appendix A to 18 U.S.C. § 922, as appearing on September 13, 1994;

  - Any weapon that is operated by manual bolt, pump, lever, or slide action;

  - Any weapon that is an antique, relic, or theatrical prop;

  - Any semiautomatic rifle that *cannot* accept a detachable magazine that holds more than five rounds of ammunition;

  - Any semiautomatic shotgun that *cannot* hold more than five rounds of ammunition in a fixed or detachable magazine.

- This list is not exhaustive; it is meant for illustrative purposes only. Many other weapons are not Assault Weapons or copies or duplicates of Assault Weapons.

**Q: Are any .17 or .22 caliber rimfire rifles affected by the Enforcement Notice?**

- No. However, a weapon that is manufactured as an Assault Weapon cannot be made legal by alterations that allow it to discharge .17 or .22 caliber ammunition.

**Q: Does the Enforcement Notice change which semi-automatic pistols may be sold in Massachusetts?**

- No, The Enforcement Notice makes no change to the list of handguns, including semi-automatic pistols, on the August 2016 version of the state's Approved Firearms Roster. The August 2016 list 🔁 is available here.

- The Massachusetts Assault Weapons Ban does prohibit the sale of certain semi-automatic pistols, including the INTRATEC TEC-9, TEC-DC9 and TEC-22; and the Action Arms Israeli Military Industries UZI and Galil. Only these weapons and copies or duplicates of these specific pistols are prohibited under the ban, and none appear on the approved list. Handguns are still subject to MA 940 CMR 16.00 *et seq.* Consumer Protection Regulation.

**Q: Does the Enforcement Notice apply to sales transactions or transfers that were started before July 20, 2016, but not completed until several days after that date?**

- Yes. But as a matter of enforcement priorities, the Attorney General's office does not expect to conduct enforcement actions in connection with those transactions. Sellers should retain evidence that clearly establishes the date on which such transactions were commenced.

**Q: My gun dealer is telling me that a gun is labeled by the manufacturer as "Massachusetts compliant." Does that mean that the weapon is not banned?**

- No. The fact that that a weapon has been labeled "state compliant" or "Massachusetts compliant" by the manufacturer does not make the gun legal to purchase and own in Massachusetts. Whether a weapon is banned depends on whether it meets the definition of Assault Weapon in state law. A weapon is a prohibited "copy or duplicate" if it meets one of the tests contained in the Enforcement Notice.

**Q: If the gun does not have certain features like a flash suppressor or a collapsible stock, can it still be an Assault Weapon?**

- Yes. If a weapon is a copy or duplicate of one of the enumerated models under one of the tests in the Enforcement Notice, it is a prohibited weapon, even if it does not have certain features such as a flash suppressor and a collapsible stock. In other words, a gun that meets one of the tests is an Assault Weapon – even if its flash suppressor is removed and/or its stock is pinned in a fixed position.

- The Features Test, as referenced in state law and set out in the Enforcement Notice, is a separate and independent basis for concluding that a weapon is a banned Assault Weapon.

Q: How am I supposed to know whether a gun is a copy or duplicate that is prohibited under state law?

- Gun dealers and gun manufacturers must use their knowledge and experience to assess which guns are substantially similar to a banned weapon and likely to meet one of the tests. The Attorney General expects voluntary compliance from gun dealers and manufacturers with respect to prohibited weapons.

- You may also examine the owner's manual and marketing material for a gun. If a gun is labeled or marketed as "the same as" or "similar to" an "AR-15", "AK-47" or any other Enumerated Weapon, this would strongly suggest that the weapon is prohibited as a "copy or duplicate."

- You may also review the separate question above that lists many guns, by example or category, that are not copies or duplicates of Assault Weapons under the Enforcement Notice.

Q: What if I already own a gun that is a copy or duplicate?

- If a weapon is a copy or duplicate of one of the models enumerated in the law, it is an Assault Weapon. The Enforcement notice will not be applied to possession, ownership or transfer by an individual gun owner of weapons obtained on or before July 20, 2016.

- The AGO also will not enforce the law against a gun dealer that possesses or transfers a "copy or duplicate" weapon that was obtained on or before July 20, 2016, provided that transfers, if any, are made to persons or businesses in states where ownership of the weapon is legal.

Q: What can I do if I no longer want my gun?

- There are frequent state, regional or local buyback programs. Check with your local police department.

- You may also surrender any gun, at any time, for any reason to your local police department or to the State Police. *See* 5.15 CMR § 3.06.

Q: May I return a weapon covered by the Enforcement Notice after July 20, 2016 if it was transferred to me for storage or repairs before that date?

- Yes. If the owner purchased the weapon prior to July 20, 2016 and you have proof that you received the weapon solely for storage or repairs, you may return it provided that you register the transfer. You should keep evidence of the circumstances of the transfer.

Q: May I return a weapon covered by the Enforcement Notice to a manufacturer after July 20, 2016 for repairs or replacement under warranty or pursuant to a recall?  And may the manufacturer return it to me thereafter?

- Yes. If you purchased the weapon prior to July 20, 2016, you may return the weapon to the manufacturer, who may then return it to you after it is repaired or replaced.

Q: Why did the Attorney General take this action?

- The Enforcement Notice explains how the AGO will enforce a law – the Assault Weapons ban – that was enacted in 1998 to protect public safety.  By issuing the notice, the Attorney General hopes and expects that non-compliant gun dealers will come into voluntary compliance with the law, to minimize the need for criminal or civil enforcement.

- The Attorney General intends to give full effect to the Legislature's mandate that Assault Weapons, including copies or duplicates of the listed weapons, stay out of civilian hands.

Q: Is there a list of weapons that are banned under state law?

- No.  The AGO will work with gun dealers, as necessary, to help them identify the guns that meet one or both of the tests of a copy or duplicate.

- The AGO is expecting full, voluntary compliance with the Assault Weapons ban, as it is explained in the Enforcement Notice, but will enforce the Commonwealth's laws in a civil or criminal action if gun dealers or individuals do not comply.

© 2016 Commonwealth of Massachusetts.

Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Site Policies    Contact the Attorney General's Office

# Exhibit B

SENATE . . . . . . . . No. 1985

### CORRECTED REPRINT

[REPRINT OF SENATE, NO. 148,
AS AMENDED]

[Senate, October 21, 1997 — Substituted by the Senate as amended
and changed by the committee on Bills in the Third Reading as a new
draft of Senate, No. 148, relative to assault weapons.

## The Commonwealth of Massachusetts

In the Year One Thousand Nine Hundred and Ninety-Seven.—

AN ACT RELATIVE TO CERTAIN PROHIBITED SEMIAUTOMATIC WEAPONS
AND LARGE CAPACITY AMMUNITION MAGAZINES.

*Be it enacted by the Senate and House of Representatives in General
Court assembled, and by the authority of the same, as follows:*

1   SECTION 1. Section 121 of chapter 140 of the General Laws,
2 as appearing in the 1996 Official Edition, is hereby amended by
3 inserting after the first paragraph the following paragraph:—
4   For purposes of this chapter and chapter 269, the following
5 terms shall have the following meanings:
6   "Assault weapon", (A) rifles, shotguns and firearms sold under
7 the following designations:
8   (i) Norinco, Mitchell and Poly Technologies Avtomat Kalash-
9 nikovs, all models;
10   (ii) Action Arms Israeli Military Industries UZI and Galil;
11   (iii) Beretta Ar70 (SC-70);
12   (iv) Colt AR-15; Olympic Arms OA-93
13   (v) Fabrique National FN/FAL, FN/LAR and FNC;
14   (vi) SWD M-10, M-11, M-11/9 and M-12;
15   (vii) Steyr AUG;
16   (viii) INTRATEC TEC-9, TEC-DC9 and TEC-22;
17   (ix) AP-9 Assault Pistol, domestic;
18   (x) Heckler & Koch SP89 Auto Pistol;
19   (xi) F.I.E./Franchi SPAS-12;
20   (xii) USAS-12 Auto Shotgun; or
21   (xiii) revolving cylinder shotguns, such as, or similar to the
22 Street Sweeper and Striker 12; or

23     (B) a copy of any such weapon, or a part or combination of
24 parts designed or intended to convert a firearm into an assault
25 weapon or any combination of parts from which an assault
26 weapon may be rapidly assembled; provided, however, that each
27 such part is in the possession or under the control of the same
28 person; or

29     (C) any semiautomatic rifle that has the capability to accept a
30 detachable magazine and includes at least two of the following:

31     (i) a folding or telescoping stock;

32     (ii) a pistol grip that protrudes conspicuously beneath the action
33 of the weapon;

34     (iii) a bayonet mount;

35     (iv) a flash suppressor or threaded barrel designed to accommo-
36 date a flash suppressor; or

37     (v) a grenade launcher; or

38     (D) a semiautomatic pistol that has the capability to accept a
39 detachable magazine and includes at least one of the following:

40     (i) an ammunition magazine that attaches to the pistol outside
41 of the pistol grip, handgrip or silencer;

42     (ii) a threaded barrel capable of accepting a barrel extender,
43 flash suppressor, forward handgrip, handgrip or silencer; pro-
44 vided, however, that this shall not include a nut on the front of a
45 threaded barrel to secure the barrel to the frame if the manufac-
46 turer receives the written approval of the secretary of public safety
47 that such a nut was not designed or intended by the manufacturer
48 to facilitate the previously noted attachments; and provided fur-
49 ther, that any weapon which uses a nut on the front of a threaded
50 barrel to secure the barrel to the frame which is altered after man-
51 ufacturing by the consumer with the intention and in a manner
52 that would permit utilization of the previously noted attachments
53 shall remain prohibited.

54     (iii) a shroud that is attached to or partially or completely encir-
55 cles the barrel and that permits the shooter to hold the firearm
56 with the nontrigger hand without being burned; provided, how-
57 ever, that this shall not include an optics mount which partially or
58 completely encircles the barrel for the purpose of aiding the
59 activity of competitive shooting or hunting if the manufacturer
60 receives the written approval of the secretary of public safety that
61 such optics mount was not designed or intended by the manufac-

62 turer to permit a shooter to hold the firearm with the non-trigger
63 hand without being burned;.

64    (E) a semiautomatic shotgun that includes at least two of the
65 following:

66    (i) a folding or telescoping stock;

67    (ii) a pistol grip that protrudes conspicuously beneath the action
68 of the weapon;

69    (iii) a fixed magazine capacity in excess of five rounds; or

70    (iv) an ability to accept a detachable magazine.

71    "Assault weapon" shall not include: (A) a rifle or a shotgun
72 which does not employ fixed ammunition; (B) a rifle, shotgun or
73 pistol which was manufactured prior to the year 1899; (C) a rifle
74 or shotgun which operates by manual bolt action; (D) a rifle,
75 shotgun or pistol which operates by lever action; (E) a rifle or
76 shotgun which operates by slide action; (F) a rifle, shotgun or
77 pistol which is a single shot weapon; (G) a rifle, shotgun or pistol
78 which has been modified so as to render it permanently inoperable
79 or so as to render it permanently a device which may not be desig-
80 nated as an assault weapon; (H) a rifle, shotgun or pistol which is
81 an antique or relic firearm, movie prop or other weapon not
82 capable of firing a projectile and not intended for use as a func-
83 tional weapon and which cannot be readily converted through a
84 combination of available parts into an operable assault weapon;
85 (I) any of the firearms or replicas or duplicates of the firearms
86 specified in Appendix A to 18 U.S.C. section 922, as amended, as
87 such firearms were manufactured on October 1, 1993; and (J)
88 Olympic competition target pistols under the designation "Para-
89 dini GP, HP and SP; Walther GSP and OSP; Hammerlli 280; and
90 Bernelli 490 and 495.

91    "Copy", any weapon model with the same bolt and receiver or
92 bolt and receiver design, regardless of nomenclature or manufac-
93 turer, as any weapon designated as an "assault weapon" in this
94 section or with a bolt and receiver design identical or nearly iden-
95 tical, regardless of nomenclature or manufacturer, to any such des-
96 ignated weapon which has been redesigned from, renamed,
97 renumbered or patterned after any such designated weapon, regard-
98 less of the manufacturer or country of origin; provided, however,
99 that the weapon as modified, enhanced, redesigned, renamed,
100 renumbered or patterned employs only ammunition of more
101 than .22 caliber rimfire.



102    "Large capacity ammunition belt", a belt or strip holding more
103 than ten rounds of ammunition to be fed continuously into a semi
104 automatic rifle, shotgun or pistol.
105    "Large capacity magazine", a box, drum or other magazine con-
106 tainer which holds more than ten rounds of ammunition to be fed
107 continuously into a semi-automatic rifle, shotgun or pistol; pro-
108 vided, however, that this shall not restrict the ability of a law
109 enforcement officer or military personnel to purchase large
110 capacity magazines, so-called, for use in the performance of duty,
111 nor shall the definition of large capacity magazines apply to any
112 magazine in excess of ten rounds which was manufactured prior to
113 September 13, 1994 for sale to law enforcement or military per-
114 sonnel".
115    "Semiautomatic", the capability of firing a shot with each
116 depression of the trigger without additional slide, bolt or other
117 manual action.

1    SECTION 2. Said chapter 140 is hereby further amended by
2 inserting after section 121, as so appearing, the following
3 section:—
4    Section 121½. The commissioner of public safety is hereby
5 authorized to promulgate regulations consistent with the provisions
6 of this section and sections 121, 128, 129B and 130, section 18B
7 of chapter 265, sections 10F, 10G, 10H, 10I, 10J and 10K of
8 chapter 269 and section 7A of chapter 270 to effectuate the pur-
9 poses of each said section.

1    SECTION 2A. Section 122 of said chapter 140, as so
2 appearing, is hereby amended by inserting after the word "gun-
3 smith." in line 9, the following paragraph:—
4    The department of public safety may, after an investigation,
5 grant a club license to purchase and possess an assault weapon to
6 the owner of a lawfully incorporated shooting gallery for use at
7 such shooting gallery so long as the weapons are used only on the
8 premises of such shooting gallery for regulated skeet, target or
9 trap shooting. Such club license shall be issued to and exercised
10 by the owner of the club on behalf of such club, which owner has
11 been issued a firearm identification card or a license to carry a
12 firearm in his own name and not on behalf of such club and who

# Exhibit C



THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MAURA HEALEY
ATTORNEY GENERAL

TEL: (617) 727-2200
www.mass.gov/ago

December 22, 2015

Dear Sir/Madam:

I write to express to you, the licensed firearms dealers of Massachusetts, my commitment to keeping guns away from those who pose a danger to themselves and to others. Since the tragedy at Sandy Hook Elementary School three years ago, nearly 100,000 people in America have been killed with a gun. For me, this is a public health crisis and acting to address it is a moral imperative. There are simply too many guns that are too easy to obtain.

Gun transactions in Massachusetts are surging. In 2014, the state Firearms Records Bureau recorded 102,081 sales and transfers of handguns, rifles, and shotguns by Massachusetts firearms dealers to licensed state residents, more than double the number from 2006.[1] You are selling more weapons to more people at a scale and at a time that demands a heightened vigilance from every dealer and employee.

There are many causes of gun violence and no simple solutions, but in Massachusetts we have the benefit of strong state laws and regulations to assist law enforcement and law-abiding gun dealers in keeping the public safe. At this moment of deep and justifiable anger over gun violence, you have a serious role in ensuring public safety. I take this opportunity to remind you of some of your significant legal obligations under our state gun laws. Compliance with federal gun laws is also required. In certain transactions, other state's law may control.

*Please note that this letter is only a summary. It is not intended to be comprehensive. The laws and regulations cited in this letter should be consulted for more comprehensive and specific information*

### Legal obligations of licensed firearms dealers in Massachusetts

Your adherence to these state laws, as well as your proper compliance with federal background check and other rules, is a top public safety priority. Please carefully review the list below, which includes key legal requirements that dealers, absent specific exceptions, must follow to comply with Massachusetts law.

---

[1] "State Licensed Firearms Dealer Transactions 2006-2014," Comm. of Mass. Dept. of Criminal Justice Information Services, Firearms Records Bureau, *available at* http://www.mass.gov/eopss/docs/chsb/firearms/massachusetts-gun-dealer-transactions-2006-2014.pdf.

December 22, 2015
Page 2

1) Any person who sells, rents or leases firearms must possess a license as a Massachusetts Firearms Dealer.[2] A license to sell ammunition is also required.[3] The license expires and must be renewed after three years.[4]

2) It is unlawful for any dealer to deliver a firearm to any person who does not have a state-issued license to carry firearms or to deliver a rifle or shotgun to any person who does not have a firearm identification card.[5]

3) It remains unlawful under Massachusetts law to sell prohibited assault weapons or large capacity feeding devices. These are the same weapons made illegal under the Federal Assault Weapons Ban of 1994. Those weapons may not be sold under Massachusetts law.[6]

4) If a dealer is presented with an expired, suspended, or revoked identification card or license, the dealer must notify the licensing authority (the city or town police) of the presentment and may take possession of the card or license.[7]

5) Every dealer must comply with electronic record-keeping on all gun transactions as directed by the state's Commissioner of the Department of Criminal Justice Information Services and as further articulated in state regulations.[8] For every gun transfer, firearms dealers must record in a sales record book: 1) the complete description of the firearm, including the make, serial number, firearm type, and designation as a large capacity weapon, if applicable; 2) whether it was sold, rented or leased; 3) the sex, residence and occupation of the transferee; and 4) the transfer date.[9] The dealer must also record the purchaser's license to carry or firearm identification card number.[10]

6) Dealers may only sell handguns that meet the safety and performance standards expressed in state law and regulations, including protection against accidental discharge or explosion upon firing. The Secretary of the Executive Office of Public Safety and Security has compiled an Approved Firearms Roster, pursuant to M.G.L. c. 140, § 131-3/4 and 501 CMR 7.00. Dealers

---

[2] Mass. Gen. Laws ch. 140, § 122. Mass. Gen. Laws ch. 140, § 128A exempts certain individuals from possessing a Massachusetts Firearms Dealer license who transfer not more than four firearms in any one calendar year.
3 Mass. Gen. Laws ch. 140, § 122B.
4 Mass. Gen. Laws ch. 140, § 124. The application for renewal is available at
http://www.mass.gov/eopss/docs/chsb/firearms/updated-dealer-ammo-gunsmith-app-revised-05-19-15.pdf
5 Mass. Gen. Laws ch. 140, § 123. Under certain circumstances a purchaser must have a permit to purchase issued under Mass. Gen. Laws ch. 140, § 131A.
6 Mass. Gen. Laws ch. 140, § 123; see also Definition of "Assault Weapon" in Mass. Gen. Laws ch. 140, § 121.
7 Mass. Gen. Laws ch. 140, § 123.
8 Mass. Gen. Laws ch. 140, § 123; 803 CMR 10.00 et seq.
9 Mass. Gen. Laws ch. 140, § 123.
10 Mass. Gen. Laws ch. 140, § 123.

December 22, 2015
Page 3

are generally prohibited from selling firearms that are not on the Approved Firearms
Roster.[11]

7) Dealers are also prohibited from selling handguns that do not meet the Attorney General's
handgun sales regulations on child-safety,[12] tamper-resistant serial numbers,[13] and load
indicators or magazine safety disconnects for semi-automatic handguns.[14] As a professional
in this field, you are well aware of whether the firearms you sell have features that satisfy
these requirements. If there is any doubt regarding a particular firearm, the simplest way for a
dealer to comply with these provisions is to obtain a certification from the manufacturer that
a firearm meets the handgun regulation requirements.

8) Dealers must secure firearms in locked containers or equipped with tamper-resistant
mechanical locks or other safety devices.[15]

9) All firearms and large capacity weapons sold in Massachusetts must include or incorporate a
safety device approved by the colonel of state police.[16]

10) Dealers may not display guns in outer windows or any other places where the weapon "can
be readily seen from the outside" and all guns must be unloaded when delivered.[17]

11) Dealers must post conspicuously at every purchase counter and provide in writing to each
gun purchaser the following warning: "IT IS UNLAWFUL TO STORE OR KEEP A
FIREARM, RIFLE, SHOTGUN OR MACHINE GUN IN ANY PLACE UNLESS THAT
WEAPON IS EQUIPPED WITH A TAMPER-RESISTANT SAFETY DEVICE OR IS
STORED OR KEPT IN A SECURELY LOCKED CONTAINER."[18]

12) Dealers must post conspicuously and distribute at each purchase counter suicide prevention
information developed by the Department of Public Health.[19] Such a poster is available at
http://www.mass.gov/eohhs/docs/dph/com-health/injury/gun-safety-poster.pdf.

13) Dealers selling handguns must 1) provide a specific written safety warning to customers; 2)
demonstrate to retail customers how to safely load, unload, and store the handgun being sold;
how to operate all safety devices; and note the absence, if any, of a load indicator, a

---

11 Mass. Gen. Laws ch. 140, § 123; The Approved Firearms Roster is available at
http://www.mass.gov/eopss/docs/chsb/firearms/approvedfirearmsroster05-2015.pdf.
12 940 CMR 16.05(2), (4).
13 940 CMR 16.03.
14 940 CMR 16.05(3), (4); 940 CMR 16.01, 16.05(3); see also Attorney General's Advisory on Glock Handguns
(July 16, 2004) and other guidance on the Attorney General's gun safety regulations at
http://www.mass.gov/ago/government-resources/ags-regulations/.
15 Mass. Gen. Laws ch. 140, § 131L.
16 Mass. Gen. Laws ch. 140, § 131K.
17 Mass. Gen. Laws ch. 140, § 123.
18 Mass. Gen. Laws ch. 140, § 123.
19 Mass. Gen. Laws ch. 140, § 123.

December 22, 2015
Page 4

how to operate all safety devices; and note the absence, if any, of a load indicator, a
magazine safety disconnect, or an internal safety; and 3) for handguns with barrels shorter
than three inches, disclose to all customers, in writing with specific test data, the accuracy
limitations of the weapon.[20]

14) Under the 2014 Massachusetts Act to Reduce Gun Violence, dealers must conduct
background checks of employees prior to hiring them. The law also required dealers to
conduct background checks of existing employees by July 1, 2015.[21]

15) Any dealer who loses a firearm or has one stolen must report the loss to the local police and
to Department of Criminal Justice Information Services. The report must include a complete
description of the weapon, including the make, model and serial number. There are penalties
for failure to report. [22]

16) A dealer's license is subject to forfeiture or suspension for violations of state law.[23]

17) It is unlawful to sell, offer, transfer or possess any weapon, capable of discharging a bullet or
shot, that is: (i) constructed in a shape that does not resemble a handgun, short-barreled rifle
or short-barreled shotgun or (ii) not detectable as a weapon or potential weapon by x-ray
machines commonly used at airports or walk-through metal detectors.[24]

18) These provisions are important for public health and safety. Your compliance is also required
by law.  Any dealer, and any employee or agent of a dealer, who violates key provisions of
M.G.L. c. 140, § 123, and except as provided in M.G.L. c. 140, § 128A, any person who,
without a license, sells, rents or leases a firearm, rifle, shotgun or machine gun shall be
punished by a fine of not less than $1,000 nor more than $10,000, or by imprisonment for not
less than one year nor more than ten years, or by both such fine and imprisonment.[25]

19) Moreover, except as provided, any dealer who 1) sells or furnishes a rifle, shotgun or
ammunition to a non-citizen who does not have a permit card; 2) sells or furnishes a rifle,
shotgun, or ammunition to any person under 18 years of age; or 3) sells or furnishes a firearm
or large capacity rifle or shotgun or ammunition to any person under 21 years of age; shall
have their license to sell firearms, rifles, shotguns, or ammunition revoked and faces
punishment by a fine of not less than $1,000 nor more than $10,000, or by imprisonment in a
state prison for not more than 10 years or by imprisonment in a house of correction for not
more than 2 ½  years or by both such fine and imprisonment.[26]

---

20 940 CMR 16.06
21 Mass. Gen. Laws ch. 6, §§ 172, 172M; St. 2014, ch. 284, § 99.
22 Mass. Gen. Laws ch. 140, § 123.
23 Mass. Gen. Laws ch. 140, §§ 123, 125.
24 Mass. Gen. Laws ch. 140, § 131N.
25 Mass. Gen. Laws ch. 140, § 128.
26 Mass. Gen. Laws ch. 140, § 130.

December 22, 2015
Page 5

   The gun violence epidemic demands our collective action. As responsible gun dealers, I urge you to redouble your commitment to ensuring the safety of your neighbors and ask you to share any ideas you may have to increase gun safety and reduce gun violence. With any questions, please contact Assistant Attorney General Mike Firestone in my office at 617.963.2775.

         Very truly yours,

         Maura Healey

# Exhibit D

July 20, 2016

## ENFORCEMENT NOTICE

## PROHIBITED ASSAULT WEAPONS

*The Office of the Attorney General (AGO) is issuing this Enforcement Notice to provide a framework to gun sellers and others for understanding the definition of "Assault weapon" contained in G.L. c. 140, § 121 ("Section 121"). In particular, this notice provides guidance on the identification of weapons that are "copies" or "duplicates" of the enumerated Assault weapons that are banned under Massachusetts law.*

*This guidance will be applied to future transfers of "Assault weapons," as that term is defined in Section 121. This may include, without limitation, the AGO's enforcement of criminal laws such as G.L. c. 140, §§ 128 and 131M, and civil laws such as G.L. c. 93A.*

Background:

The sale, transfer, or possession of an "Assault weapon," as defined in Section 121, is unlawful pursuant to G.L. c. 140, §§ 128 and 131M.

"Assault weapon" is defined as a:

semiautomatic assault weapon as defined in the federal Public Safety and Recreational Firearms Use Protection Act, 18 U.S.C. section 921(a)(30) as appearing in such section on September 13, 1994, and shall include, but not be limited to, any of the weapons, **or copies or duplicates of the weapons** [emphasis added], of any caliber, known as:[1]

    (i)    Avtomat Kalashnikov (AK) (all models);
    (ii)   Action Arms Israeli Military Industries UZI and Galil;
    (iii)  Beretta Ar70 (SC-70);
    (iv)  Colt AR-15;
    (v)   Fabrique National FN/FAL, FN/LAR and FNC;
    (vi)  SWD M-10, M-11, M-11/9 and M-12;
    (vii) Steyr AUG;
    (viii) INTRATEC TEC-9, TEC-DC9 and TEC-22; and
    (ix)  revolving cylinder shotguns, such as, or similar to, the Street Sweeper and Striker 12;

provided, however, that the term assault weapon shall not include:

    (i)    any of the weapons, or replicas or duplicates of such weapons, specified in appendix A to 18 U.S.C. section 922 as appearing in such appendix on

---

[1] The enumerated weapons are slightly renumbered here for clarity in light of a redundant numbering scheme in the text of the statute.

1

September 13, 1994, as such weapons were manufactured on October 1, 1993;

(ii)      any weapon that is operated by manual bolt, pump, lever or slide action;

(iii)      any weapon that has been rendered permanently inoperable or otherwise rendered permanently unable to be designated a semiautomatic assault weapon;

(iv)      any weapon that was manufactured prior to the year 1899;

(v)      any weapon that is an antique or relic, theatrical prop or other weapon that is not capable of firing a projectile and which is not intended for use as a functional weapon and cannot be readily modified through a combination of available parts into an operable assault weapon;

(vi)      any semiautomatic rifle that cannot accept a detachable magazine that holds more than five rounds of ammunition; or

(vii)      any semiautomatic shotgun that cannot hold more than five rounds of ammunition in a fixed or detachable magazine.

Section 121 incorporates by reference the definition of "semiautomatic assault weapon" in the former federal assault weapons ban. This establishes that in Massachusetts weapons with the following characteristics are also within the definition of Assault weapon:[2]

18 U.S.C. section 921(a) (30) as appearing in such section on September 13, 1994:

(B) a semiautomatic rifle that has an ability to accept a detachable magazine and has at least 2 of—

(i)      a folding or telescoping stock;

(ii)      a pistol grip that protrudes conspicuously beneath the action of the weapon;

(iii)      a bayonet mount;

(iv)      a flash suppressor or threaded barrel designed to accommodate a flash suppressor; and

(v)      a grenade launcher;

(C) a semiautomatic pistol that has an ability to accept a detachable magazine and has at least 2 of—

(i)      an ammunition magazine that attaches to the pistol outside of the pistol grip;

(ii)      a threaded barrel capable of accepting a barrel extender, flash suppressor, forward handgrip, or silencer;

(iii)      a shroud that is attached to, or partially or completely encircles, the barrel and that permits the shooter to hold the firearm with the nontrigger hand without being burned;

---

[2] The former federal assault weapons ban also included the enumerated weapons described in the Commonwealth's definition of "Assault weapons" together with "copies or duplicates of such weapons."

2

      (iv)     a manufactured weight of 50 ounces or more when the pistol is unloaded; and

      (v)     a semiautomatic version of an automatic firearm; and

(D) a semiautomatic shotgun that has at least 2 of—

      (i)     a folding or telescoping stock;

      (ii)     a pistol grip that protrudes conspicuously beneath the action of the weapon;

      (iii)     a fixed magazine capacity in excess of 5 rounds; and

      (iv)     an ability to accept a detachable magazine.

**Summary:**

Under the Commonwealth's statutory definition, the following are "Assault weapons":

    1)     Weapons on the list enumerated in G.L. c. 140, § 121, such as the Colt AR-15 ("Enumerated Weapons");

    2)     "Copies" or "Duplicates" of the Enumerated Weapons ("Copies or Duplicates"); and

    3)     Weapons with certain features as identified in former 18 U.S.C. § 921(a) (30) ("Features Test").

The AGO is issuing this enforcement notice to explain: (i) what it will deem to be "Copies or Duplicates" of the Enumerated Weapons in Section 121, and (ii) the distinction between Assault weapons that are "Copies or Duplicates" of Enumerated Weapons and Assault weapons that are defined by the Features Test above.

**Guidance:**

A weapon is a Copy or Duplicate and is therefore a prohibited Assault weapon if it meets one or both of the following tests and is 1) a semiautomatic rifle or handgun that was manufactured or subsequently configured with an ability to accept a detachable magazine, or 2) a semiautomatic shotgun.[3]

    1.  *Similarity Test*: A weapon is a Copy or Duplicate if its internal functional components are substantially similar in construction and configuration to those of an Enumerated Weapon.  Under this test, a weapon is a Copy or Duplicate, for example, if the operating system and firing mechanism of the weapon are based on or otherwise substantially similar to one of the Enumerated Weapons.

---

[3] A weapon is not a Copy or Duplicate under this Guidance if it meets one or more of the exceptions ((i)-(vii)) contained in the statutory definition of Assault weapon in Section 121.

2. *Interchangeability Test*: A weapon is a Copy or Duplicate if it has a receiver that is the same as or interchangeable with the receiver of an Enumerated Weapon. A receiver will be treated as the same as or interchangeable with the receiver on an Enumerated Weapon if it includes or accepts two or more operating components that are the same as or interchangeable with those of an Enumerated Weapon. Such operating components may include, but are not limited to: 1) the trigger assembly; 2) the bolt carrier or bolt carrier group; 3) the charging handle; 4) the extractor or extractor assembly; or 5) the magazine port.

If a weapon meets one of the above tests, it is a Copy or Duplicate (and therefore a prohibited Assault weapon), even if it is marketed as "state compliant" or "Massachusetts compliant."

The fact that a weapon is or has been marketed by the manufacturer on the basis that it is the same as or substantially similar to one or more Enumerated Weapons will be relevant to identifying whether the weapon is a Copy or Duplicate (and therefore a prohibited Assault weapon) under the applicable test(s).

Under Section 121, the Features Test in the former 18 U.S.C. section 921(a)(30) remains an independent basis for qualification as an Assault weapon.

If a weapon, as manufactured or originally assembled, is a Copy or Duplicate under one or both of the applicable tests, it remains a prohibited Assault weapon even if it is altered by the seller. Therefore, a Copy or Duplicate will be treated as an Assault weapon even if it is altered, for example, by pinning the folding or telescoping stock in a fixed position, by removing the pistol grip, by removing a bayonet mount or flash suppressor, or by preventing the weapon from accepting a detachable magazine.

Purely cosmetic similarities to an Enumerated Weapon, such as finish, appearance, or shape of the stock, or appearance or shape of the rail, will not be treated as relevant to a determination of whether a weapon is a Copy or Duplicate.

### Application of this Enforcement Notice (dealers licensed under G.L. c. 140, § 122):

The Guidance will not be applied to future possession, ownership or transfer of Assault weapons by dealers, provided that the dealer has written evidence that the weapons were transferred to the dealer in the Commonwealth prior to July 20, 2016, and provided further that a transfer made after July 20, 2016, if any, is made to persons or businesses in states where such weapons are legal.

### Application of this Enforcement Notice (individual gun owners):

The Guidance will not be applied to possession, ownership or transfer of an Assault weapon obtained prior to July 20, 2016.

The AGO reserves the right to alter or amend this guidance.

# Exhibit E

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAVID SETH WORMAN, ANTHONY LINDEN,
JASON WILLIAM SAWYER, PAUL NELSON
CHAMBERLAIN, GUN OWNERS' ACTION
LEAGUE, INC., ON TARGET TRAINING, INC.,
AND OVERWATCH OUTPOST,

*Plaintiffs*,

v.

MAURA HEALEY, in her official capacity as
Attorney General of the Commonwealth of
Massachusetts; DANIEL BENNETT, in his official
capacity as the Secretary of the Executive Office of
Public Safety and Security; and COLONEL
KERRY GILPIN, in her official capacity as
Superintendent of the Massachusetts State Police,

*Defendants.*

CIVIL ACTION
NO. 17-cv-10107-WGY

## MEMORANDUM IN SUPPORT OF
## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

MAURA HEALEY
ATTORNEY GENERAL

William W. Porter, BBO # 542207
Gary Klein, BBO # 560769
Julia E. Kobick, BBO # 680194
Elizabeth Kaplan, BBO # 568911
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108

Date: December 15, 2017

any criminal proceeding, Compl. ¶¶ 8, 95, and the Attorney General has made clear that she will not apply the Notice to dealers' transactions that occurred before the Notice was issued. *See* Ex. 1, at 162:5-10; 163:17-23. Second, *Bouie* only provides due process protection against *state courts'* unexpected and indefensible interpretations of state law, and the Notice is not an interpretation by a state court. 378 U.S. at 354–55; *see also Rogers*, 532 U.S. at 461.

The plaintiffs ask this Court to expand *Bouie*'s holding to similarly constrain administrative agencies from making "'a substantial change in [an] enforcement policy that was not reasonably communicated to the public.'" Compl. ¶ 92 (quoting *Upton v. SEC*, 75 F.3d 92, 97 (2d Cir. 1996)). But even if *Bouie*'s fair warning doctrine did constrain agencies' interpretations of regulations, the Enforcement Notice is not a regulation. It is a prosecutor's advisory to the public of her interpretation of a criminal law committed to her enforcement. The Attorney General is "charged by law with the responsibility for the interpretation or enforcement of the law defining the offense[s]" made criminal by the Legislature, including the AWB. *Commonwealth v. Twitchell*, 617 N.E.2d 609, 619 (Mass. 1993). As part of that responsibility, she can, and does, issue advisories alerting the public to her interpretation of criminal laws.[49] To be sure, the Attorney General has separate authority to issue regulations under the Consumer Protection Act, G.L. c. 93A, § 2(c), but she did not exercise that authority here.[50]

It would be unprecedented to apply *Bouie*'s fair warning principle to constrain a prosecutor's discretion in interpreting and enforcing a criminal law. Suppose, for example, that rather than issuing the Enforcement Notice, the Attorney General simply began prosecuting dealers for selling "copies" of the Colt AR-15 or the AK47, as would have been unquestionably within

---

[49] *See, e.g.*, Exs. 59, 60; 1989–90 Mass. Op. Att'y Gen. No. 4, 1990 WL 508739 (Jan. 19, 1990); 1981–82 Mass. Op. Att'y Gen. No. 9, 1982 WL 188378 (Feb. 11, 1982).

[50] If the Enforcement Notice were a regulation, it would have been promulgated under the procedures set forth in the Administrative Procedure Act, G.L. c. 30A, §§ 2, 5–6A.

Respectfully submitted,

MAURA HEALEY, in her official capacity as
Attorney General of the Commonwealth of
Massachusetts; DANIEL BENNETT, in his official
capacity as Secretary of the Executive Office of
Public Safety and Security; COLONEL KERRY
GILPIN, in her official capacity as Superintendent
of the Massachusetts State Police,

By their attorney,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Julia E. Kobick
William W. Porter, BBO # 542207
Gary Klein, BBO # 560769
Julia E. Kobick, BBO # 680194
Elizabeth Kaplan, BBO # 568911
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
(617) 963-2559
Date: December 15, 2017        julia.kobick@state.ma.us

## CERTIFICATE OF SERVICE

I certify that this document, filed through the Court's ECF, system will be sent
electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and
that paper copies will be sent to those indicated as non-registered participants by first-class mail
on December 15, 2017.

/s/ Julia E. Kobick
Julia E. Kobick
Assistant Attorney General

21

# Exhibit F

13/16/2016.                                    AG Announces Enforcement of Ban on Assault Weapons



The Official Website of the Attorney General of Massachusetts

# Attorney General
# Maura Healey

🏠 Home  >  News and Updates  >  Press Releases  >  2016 Press Releases  >  AG Announces Enforcement of Ban on Assault Weapons

**MAURA HEALEY**
**ATTORNEY GENERAL**

**Media Contact**

Press Office
(617) 727-2543

For Immediate Release - July 20, 2016

## AG Healey Announces Enforcement of Ban on Copycat Assault Weapons

### In the Wake of Orlando Mass Shooting, AG Healey Warns Gun Makers, Dealers Against Selling Prohibited Assault Weapons in Massachusetts; Clarifies What Constitutes a Copycat Weapon

BOSTON — Attorney General Maura Healey today issued a notice to all gun sellers and manufacturers in Massachusetts, warning that her office is stepping up enforcement of the state's assault weapons ban, including a crackdown on the sale of copycat weapons.

The enforcement notice clarifies what constitutes a "copy" or "duplicate" weapon under the assault weapons ban. Copies or duplicates of banned assault rifles, including copies of the Colt AR-15 and the Kalishnikov AK-47, are prohibited by the Massachusetts assault weapons ban. Despite the law, an estimated 10,000 copycat assault weapons were sold in Massachusetts last year alone.

"The gun industry has openly defied our laws here in Massachusetts for nearly two decades," said AG Healey. "That ends today. We have a moral and legal responsibility to ensure that combat-style weapons are off our streets and out of the hands of those who would use them to kill innocent people. Increasingly, these guns are the weapon of choice for mass shooters, and we will do everything we can to prevent the kinds of tragedies here that have occurred in places like Orlando, San Bernardino, Newtown and Aurora."

The Massachusetts assault weapons ban mirrors the federal ban that expired in 2004. It prohibits the sale of specific and name-brand weapons and explicitly bans copies or duplicates of those weapons. Gun manufacturers, however, make and market what they call "state compliant" versions with minor tweaks to various parts of the weapon. Copycat guns are sold, for example, without a flash suppressor or with a fixed instead of folding stock. These changes do not make the weapon any less lethal and the weapons remain illegal.

The AG's notice clarifies what constitutes a copy or duplicate weapon by outlining two tests. Under the tests, a weapon is a copy or duplicate if its internal operating system is essentially the same as those of a specifically-banned weapon or if the gun has key functional components that are interchangeable with those of a banned weapon.

The notice also states that assault weapons prohibited under state law, as manufactured, cannot be altered in any way to make their sale or possession legal in Massachusetts.

The notice makes clear that the guidance will not be enforced against gun owners who bought or sold these weapons prior to July 20, 2016. Dealers who currently have these weapons on hand are not permitted to sell them to Massachusetts buyers. They may transfer them out-of-state to jurisdictions where sales of these weapons are legal. The AG's office expects substantial cooperation from gun sellers and will work to ensure that they understand and comply with the law.

Today's action is one more step in the AG's effort to reduce gun violence in Massachusetts. Last year, AG Healey issued a notice to all 350 state gun dealers reminding them of their obligations under state law. Earlier this year, she led a multi-state effort urging Congress to lift the ban on gun-violence research by the Centers for Disease Control and is working with medical professionals to help develop guidelines for physicians to speak to their patients about guns in the home. AG Healey continues to investigate violations of the gun laws statewide.

####

### Supporter Statements

#### Chief William G. Brooks III, President, Massachusetts Chiefs of Police Association

"It is important to understand that today's enforcement notice from Attorney General Healey is not new law, nor a new set of regulations. The Commonwealth's assault weapon statute has been in place for many years. To her credit, she has chosen to remind gun shops of the law's provisions prior to conducting inspections. Massachusetts has a reputation for strong gun laws. One reason is that police chiefs are responsible for issuing firearms licenses, and the law permits them to exercise their judgment in determining which applicants may not be suitable. In day-to-day application, police chiefs take their responsibilities very seriously and the vast majority of gun license applications are granted. A second reason our gun laws are effective is that gun shop owners scrupulously abide by state and federal law. This is why I believe today's enforcement notice will be well received by gun shop owners. The gun shop owners I have met are trustworthy business people who recognize their valuable role in violence prevention."

### Congresswoman Katherine Clark

"There are a number of common sense measures we can take on the federal and state level to address gun violence and keep our communities safe. Thanks to Attorney General Healey's leadership, the implementation of two new evaluation tests will help close a dangerous loophole that allows gun manufacturers to produce and sell assault-style replicas and will prevent new sales of illegal assault weapons in Massachusetts."

### Suffolk County District Attorney Dan Conley

"Study after study has shown that gun laws work. And here in Massachusetts, where firearm fatalities are among the lowest in the nation, gun laws save lives. They prohibit a class of weapons that were once reserved for military use, and for good reason: they facilitate the taking of innocent lives on an unconscionable scale, as the number and frequency of mass shootings proves over and over again. We're committed to enforcing the letter and the spirit of those laws with one goal in mind, and that's to protect the people we serve from the scourge of gun violence that's already claimed far too many victims."

### Boston Police Commissioner William Evans

"These types of assault weapons have no place on our streets. We have tough gun laws in our state, and this notice will make them even tougher. I applaud AG Healey and her efforts to help make our state and all our cities safer."

### Congressman Joe Kennedy III

"Whether in Sandy Hook or Orlando, our country knows far too well that weapons designed to inflict maximum harm do not discriminate by age, gender or race when aimed at large groups of innocent people. Both our federal and state governments have a responsibility to keep our communities safe, and we must do more to ensure these deadly weapons remain far from dangerous hands. I thank Attorney General Healey for her leadership here at home and will continue to echo her calls for action in Congress."

### Chief Brian Kyes, President, Massachusetts Major City Chiefs

"Based on the emerging trends of gun violence across our nation, anything that we can do here in the Commonwealth to close any existing state law loopholes is looked upon as a positive step in enhancing public safety. Preventing these assault-type weapons from potentially getting into the wrong hands has the support of the Massachusetts Major City Police Chiefs Association."

### Liam Lowney, Executive Director of the MA Office for Victim Assistance, Liam's sister, Shannon Lowney, was killed by someone using an assault weapon.

"The loss of a family member to gun violence is forever. Surviving family members often define our families as the one that existed before and after our loved ones were taken. It is essential that our leaders ensure that families in our communities remain intact and safe from assault weapons. I am grateful to Attorney General Healey for enforcing the ban on Assault Weapons that so many of us impacted by violence have worked to achieve."

### Jack McDevitt, Associate Dean and Director of the Institute on Race and Justice at Northeastern University

"With this Enforcement Notice attorney General Maura Healey is closing a loophole that has allowed individuals to circumvent the intent of our state's assault weapons ban. In this time of violence and fear across our country, this initiative will make the citizens of the Commonwealth safer."

### Congressman Seth Moulton

"Massachusetts has always been a leader on gun violence prevention, and I commend Attorney General Healey for her efforts make sure that gun manufacturers and dealers comply with the spirit of the Commonwealth's assault weapons ban. This is an important step to keep weapons of war off our streets. We need this kind of leadership in states across the country."

### Po Murray, Chairman, Newtown Action Alliance

"As a resident of Sandy Hook and a neighbor of the Sandy Hook Elementary School shooter, I know firsthand how one gunman with one semiautomatic military-style assault weapon can devastate 26 families, 27,000 community members and 300 million Americans. The human cost of allowing civilians to acquire weapons of war is far too high and millions and millions of dollars have been spent on physical, structural and emotional recovery of our community. It is not surprising that the profit-driven gun makers are attempting to circumvent the assault weapons ban by manufacturing copies or duplicates of banned weapons. As the number of households with guns dwindles, the gun industry thrives on the sale of these weapons of war. As a concerned neighbor of Massachusetts, we applaud Attorney General Maura Healey, for taking bold action to enforce the Massachusetts ban on assault weapons, to protect all citizens near and far."

### John Rosenthal, founder of Stop Handgun Violence

"As the lead advocate for the 2004 permanent ban on assault weapons in the Commonwealth, signed into law by Gov. Mitt Romney, it was clearly the intent to include all military style rifles and pistols that met certain conditions, regardless of the make or brand. It makes no sense that the current assault weapons ban includes the Colt AR 15 but not the Bushmaster and Smith and Wesson AR 15s (used at Sandy Hook, CT and Aurora, CO, to name a few) which are virtually the same weapon, with a different name and simply made and marketed by the gun industry to evade the strict intent of the Massachusetts Assault Weapons Ban. I enthusiastically applaud and thank Attorney General Healey for her critical public safety and life-saving leadership."

### Middlesex District Attorney Marian Ryan

"In Middlesex County we know too well the tragedy that can be inflicted by assault weapons. In December of 2000 Michael McDermott used an AK-47, one of the most widely copied rifles in the world, to murder seven innocent people in their workplace. The guidance issued today by Attorney General Healey is an important reminder about the existing

assault weapons ban and goes an important step further calling attention to the equally deadly and dangerous function of weapons that are manufactured to duplicate these banned weapons."

### Josh Sugarmann, Executive Director of Violence Policy Center

"I appreciate the opportunity to stand here today in strong support of the Attorney General's actions and to applaud the leadership that Massachusetts has, once again, shown in working to reduce gun violence. Assault weapons are military-bred, anti-personnel weapons designed to kill as many people as possible in as short an amount of time as available.  And just in the past five weeks, from Orlando, to Dallas, and most recently Baton Rouge, we've seen the horrific damage these weapons of war can inflict when they are used for the exact purpose for which they were designed.  In 2014, the most recent year for which information is available, Violence Policy Center research revealed that one out of five law enforcement officers slain in the line of duty were killed with an assault weapon. And yet the gun industry constantly works to find ways around the few assault weapons laws that are already on the books – making actions like those announced today crucial to protect public safety.  Today's action helps ensure the future safety of Massachusetts citizens."

####

© 2016 Commonwealth of Massachusetts.

Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Site Policies    Contact the Attorney General's Office

# Exhibit G

**News**Room

7/20/16 Boston Globe A
2016 WLNR 22009024

Boston Globe (MA)
Copyright © 2016 BostonGlobe Ltd. All Rights Reserved.

July 20, 2016

Section: Editorial Opinion

Closing the loophole
The gun industry has found a way around the Massachusetts assault weapons ban

Maura Healey

Orlando. Baton Rouge. Falcon Heights. Dallas. Baton Rouge again.

Five horrific headlines in five weeks. Each story unique in its circumstances, but bound by a common thread: human lives taken by a gun.

There are myriad issues underlying each of these tragedies: fear, racism, mistrust, hate. These are critical issues that we, as a country, have an obligation to honestly and forthrightly address. And they're issues my office is working hard to tackle alongside our partners in the community, in law enforcement, and in government.

But there's one issue that can be addressed right now — the proliferation of guns, particularly assault weapons.

Here in Massachusetts, 10,000 assault weapons were sold just in the last year — each one nearly identical to the rifle used to gun down 49 innocent people in Orlando. In the week after the Pulse nightclub massacre, sales of weapons strikingly similar to the Sig Sauer MCX used at Pulse jumped as high as 450 percent over the previous week — just in Massachusetts.

It's no surprise the Orlando killer chose an AR-15 style assault rifle. It's a weapon of war, originally created for combat, and designed to kill many people in a short amount of time with incredible accuracy. It's in the same category as weapons chosen by killers in Newtown, Aurora, and San Bernardino. These are not weapons of self-defense. They are weapons used to commit mass murder. And they have no business being in civilian hands.

How in Massachusetts, then, home to some of the strongest gun laws in the country, do we allow people to buy these guns?

The gun industry has found a way to exploit our laws, a loophole of potentially horrific proportions. And it's time we act.

The Massachusetts assault weapons ban mirrors the federal ban Congress allowed to expire in 2004. It prohibits the sale of specific weapons like the Colt AR-15 and AK-47 and explicitly bans "copies or duplicates" of those weapons. But gun manufacturers have taken it upon themselves to define what a "copy" or "duplicate" weapon is. They market "state compliant" copycat versions of their assault weapons to Massachusetts buyers. They sell guns without a flash suppressor or folding or telescoping stock, for example, small tweaks that do nothing to limit the lethalness of the weapon.

That will end now. On Wednesday, we are sending a directive to all gun manufacturers and dealers that makes clear that the sale of these copycat assault weapons is illegal in Massachusetts. With this directive, we will ensure we get the full protection intended when lawmakers enacted our assault weapons ban, not the watered-down version of those protections offered by gun manufacturers.

The directive specifically outlines two tests to determine what constitutes a "copy" or "duplicate" of a prohibited weapon. If a gun's operating system is essentially the same as that of a banned weapon, or if the gun has components that are interchangeable with those of a banned weapon, it's a "copy" or "duplicate," and it is illegal. Assault weapons prohibited under our laws cannot be altered in any way to make their sale or possession legal in Massachusetts.

We recognize that most residents who purchased these guns in the past believed they were doing so legally, so this directive will not apply to possession of guns purchased before Wednesday. In the dozen years since the federal assault weapons ban lapsed, only seven states have instituted their own assault weapons ban. Many of those bans have been challenged (unsuccessfully) by the gun industry, and we anticipate our directive may be too. But our job is to enforce state laws and to keep people safe. This directive does both.

In the face of utter inaction by Congress, states have a duty to enact and enforce laws that protect people from gun violence. If Washington won't use its power to get these guns off our streets, we will. Not only do we have the legal authority to do so, we have a moral obligation to do so.

Maura Healey is the attorney general of Massachusetts.

---- Index References ----

Company: PULSE BIOSCIENCES INC; SIG SAUER INC

News Subject: (Assault & Battery (1AS33); Crime (1CR87); Gun Rights & Regulations (1GU97); Murder & Manslaughter (1MU48); Nuclear, Biological, & Chemical Warfare (1NU88); Social Issues (1SO05); Violent Crime (1VI27))

Industry: (Aerospace & Defense (1AE96); Defense (1DE43))

Region: (Americas (1AM92); Louisiana (1LO72); Massachusetts (1MA15); North America (1NO39); U.S. New England Region (1NE37); U.S. Southeast Region (1SO88); USA (1US73))

Language: EN

Other Indexing: (Maura Healey)

Word Count: 673

End of Document             © 2018 Thomson Reuters. No claim to original U.S. Government Works.

**News**Room

# Exhibit H



**THE COMMONWEALTH OF MASSACHUSETTS**
**OFFICE OF THE ATTORNEY GENERAL**
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

MAURA HEALEY
ATTORNEY GENERAL

TEL: (617) 727-2200
www.mass.gov/ago

July 19, 2016

Dear Sir/Madam:

Today the Office of the Attorney General (AGO) is issuing the enclosed Enforcement Notice to provide gun manufacturers, licensed dealers, and the public with greater clarification on the Massachusetts Assault Weapons Ban, G.L. c. 140, §§ 128 and 131M, and the definition of "Assault weapon" contained in G.L. c. 140, § 121. In particular, this notice provides information on weapons that are prohibited "copies" or "duplicates" of the enumerated Assault weapons that are banned under Massachusetts law. It will be effective as of July 20, 2016.

The AGO will be available as a resource for all gun dealers who have questions about compliance with any provisions of the Massachusetts Assault Weapons Ban or this Enforcement Notice. To that end, I invite you to contact my office with any inquiries at 617.963.2775.

We appreciate your hard work and cooperation to ensure public safety and reduce gun violence and illegal gun sales in Massachusetts.

Very truly yours,

Maura Healey

# Exhibit I

**Remarks of Attorney General Maura Healey**
**Assault Weapons Ban Press Conference**
**As Prepared for Delivery**
**July 20, 2016**

Good morning. Thank you all for being here.

And thank you to everyone who has joined me up on the podium this morning.

A steady stream of violence has plagued our nation over the past month.

We see the pain and grief of a nation torn by violence.

The single largest mass shooting in our country's history, targeting the LGBT and Latino community.

Black men across the country -- husbands, sons, fathers -- killed by law enforcement.

Eight brave police officers murdered.

Those events are tragic.

33,000 Americans die every year from guns.  90 people a day.  Another 200 more who are injured.

There were more mass shootings than calendar days last year.

I believe that we need to have both the empathy and the courage to acknowledge, to understand - the fear, mistrust, and despair that many Americans are feeling.

There are young men in black and brown communities that live their lives fearful of an interaction with the police.

There are police officers that feel not only unsupported by communities they serve, but also that they have a target on their back.

And then there are many who want to manipulate these fears to amplify the problem rather bringing forth solutions.

But I'm interested in moving forward.  With empathy – so that we see one another as human beings, and not stereotypes.

And with action.

We cannot let our differences define our humanity.  Instead we need a collective effort from all corners to end gun violence and to keep human beings from killing one another.

That's why we are all gathered here today. Because we know we can overcome these challenges. By working together, engaging in honest conversations, investing in our communities and supporting our police forces, we can stop this kind of violence. Much of that work has already begun.

In Massachusetts, law enforcement is receiving unconscious bias education. We've hosted church security trainings for clergy. We've undertaken efforts to reform our criminal justice system and to enhance our policies on use of force and de-escalation for police departments across the state. Police officers and community leaders are walking side by side through our neighborhoods. And we're teaching the next generation a different way.

There is so much more work to do. I am committed to doing everything we can do keep our streets safe and relationships between law enforcement and the communities they serve as productive and peaceful as possible.

While we work hard to address the root causes of much of this violence, we're taking immediate action to limit the ability of dangerous people to kill.

Today, we've put gun manufacturers and gun dealers on notice that we're cracking down on the illegal sale of assault weapons in Massachusetts.

Increasingly, assault weapons are the weapons of choice for mass shooters.

They were the kinds of weapons used in Orlando, San Bernardino, Aurora, Colorado and Newtown – the kind of weapon used just four days ago to brutally target and kill three Baton Rouge police officers.

In the wake of Orlando, where the killer took the lives of 49 innocent people with an AR-15 style assault weapon, we took a look at our own state assault weapons ban and gun sales in Massachusetts.

Based on that review, we are taking the action we are taking today.

Massachusetts law prohibits the sale and possession of assault weapons such as the Colt AR-15 and the AK-47. It also expressly prohibits "copies or duplicates" of those weapons.

These deadly assault weapons were originally designed for military combat. They are meant to kill many people in a short amount of time. They do not belong in civilian hands.

In fact, in the week after Orlando, we saw sales of some of these weapons jump as high as 450%.

But despite the laws on our books that ban these weapons, more than 10,000 of them were sold here in Massachusetts last year alone.

You might ask just how is that possible?

Well, for far too long the gun industry has taken it upon itself to interpret our assault weapons ban.

Gun manufacturers have made and marketed copycat weapons that they've deemed "state compliant." They sell guns without certain features – for example, a flash suppressor or folding stock – small tweaks which do nothing to limit the deadliness of the weapon.

They market these weapons as the legal version of a prohibited gun.

Let me be clear: these weapons are illegal. They are copies or duplicates of banned weapons and they cannot be bought or sold here in Massachusetts.

Today, my office sent an enforcement notice to the more than 350 gun dealers and to manufacturers that offers greater clarity in determining what constitutes a copy or duplicate assault weapon.

I want to be perfectly clear - if a gun's operating system is essentially the same as that of a banned weapon or if the gun has components that are interchangeable with those of a banned weapon, it's a "copy" or "duplicate," and it's illegal.

Assault weapons prohibited under our laws cannot be altered in any way to make their sale or possession legal in Massachusetts.

My office's action today will give us the full protection of the state assault weapons ban – and not leave it to gun manufacturers' self-appointed interpretation.

And our action today is effective immediately.

We recognize that most residents who purchased these guns in the past believed they were doing so legally, so this directive will not apply guns bought or sold before today.

Dealers who currently have these weapons on hand are not permitted to sell them to Massachusetts buyers. They may transfer them out-of-state to jurisdictions where sales of these weapons are legal.

We ask gun dealers to work with us to comply with the law and to be a part of the effort to stop the kinds of mass shootings we've witnessed in this country.

Gun violence is a problem that ultimately demands a federal solution.

And we are clear eyed about the magnitude of the problem.

There are over 350 million guns on American streets, many of them illegal.

There is an enormous amount of work to do.

In the face of inaction by Congress, we have an obligation to do what we can to keep our residents safe. Today, that means stopping the sale of these deadliest guns and giving the people of Massachusetts the full protection of our existing gun laws.

With this coalition around me, with other community leaders, law enforcement, government officials and residents across this state, we will continue our march towards a safer and more peaceful future.

We owe it to everyone who has lost their lives to senseless violence, to their families, their children and to ourselves.

Thank you for being here.

# Exhibit J

The Official Website of the Attorney General of Massachusetts

## Attorney General
## Maura Healey

🏠 Home > Public Safety > Guns That Are Not Assault Weapons

## Guns That Are Not Assault Weapons

**Q: Are there examples or categories of weapons that are _not_ assault weapons?**

Yes. Many rifles, shotguns, and pistols are not assault weapons, and therefore are not "copies or duplicates" of enumerated assault weapons. For example, the following are not assault weapons under G.L. c. 140, § 121:

- Any handgun on the current version of the state's Approved Firearms Roster, available here 📄;

- Any .22 caliber rifle;

- Any Ruger Mini 14 or substantially-similar model weapon;

- Any of the hundreds of rifles and shotguns listed on this list 📄 —Appendix A to 18 U.S.C. § 922, as appearing on September 13, 1994;

- Any weapon that is operated by manual bolt, pump, lever, or slide action;

- Any weapon that is an antique, relic, or theatrical prop;

- Any semiautomatic rifle that _cannot_ accept a detachable magazine that holds more than five rounds of ammunition;

- Any semiautomatic shotgun that _cannot_ hold more than five rounds of ammunition in a fixed or detachable magazine.

This list is not exhaustive; it is meant for illustrative purposes only. Many other weapons are not assault weapons or "copies or duplicates" of assault weapons.

**Q:  Are any .22 caliber rifles affected by the Enforcement Notice?**

No.  However, a weapon that is manufactured as an Assault Weapon cannot be made legal by alterations that allow it to discharge .22-caliber ammunition.

**Q: Does this Enforcement Notice change which semi-automatic pistols may be sold in Massachusetts?**

No. The Enforcement Notice makes no change to the list of handguns, including semi-automatic pistols, approved for sale in Massachusetts. The most recent list (August 2016) is available here 📄. The Massachusetts Assault Weapons Ban does prohibit the sale of five semi-automatic pistols, the INTRATEC TEC-9, TEC-DC9 and TEC-22; and the Action Arms Israeli Military Industries UZI and Galil. Only these weapons and copies or duplicates of these specific pistols are prohibited under the ban, and none appear on the approved list.

For more information, please visit the Assault Weapon Ban Enforcement page.

© 2016 Commonwealth of Massachusetts.

Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Site Policies    Contact the Attorney General's Office

APPENDIX A to 18 U.S.C. § 922, as appearing on September 13, 1994:

Centerfire Rifles—Autoloaders
Browning BAR Mark II Safari Semi-Auto Rifle
Browning BAR Mark II Safari Magnum Rifle
Browning High-Power Rifle
Heckler & Koch Model 300 Rifle
Iver Johnson M–1 Carbine
Iver Johnson 50th Anniversary M–1 Carbine
Marlin Model 9 Camp Carbine
Marlin Model 45 Carbine
Remington Nylon 66 Auto-Loading Rifle
Remington Model 7400 Auto Rifle
Remington Model 7400 Rifle
Remington Model 7400 Special Purpose Auto Rifle
Ruger Mini-14 Autoloading Rifle (w/o folding stock)
Ruger Mini Thirty Rifle

Centerfire Rifles—Lever & Slide
Browning Model 81 BLR Lever-Action Rifle
Browning Model 81 Long Action BLR
Browning Model 1886 Lever-Action Carbine
Browning Model 1886 High Grade Carbine
Cimarron 1860 Henry Replica
Cimarron 1866 Winchester Replicas
Cimarron 1873 Short Rifle
Cimarron 1873 Sporting Rifle
Cimarron 1873 30" Express Rifle
Dixie Engraved 1873 Rifle
E.M.F. 1866 Yellowboy Lever Actions
E.M.F. 1860 Henry Rifle
E.M.F. Model 73 Lever-Action Rifle
Marlin Model 336CS Lever-Action Carbine
Marlin Model 30AS Lever-Action Carbine
Marlin Model 444SS Lever-Action Sporter
Marlin Model 1894S Lever-Action Carbine
Marlin Model 1894CS Carbine
Marlin Model 1894CL Classic
Marlin Model 1895SS Lever-Action Rifle
Mitchell 1858 Henry Replica
Mitchell 1866 Winchester Replica
Mitchell 1873 Winchester Replica
Navy Arms Military Henry Rifle
Navy Arms Henry Trapper
Navy Arms Iron Frame Henry
Navy Arms Henry Carbine

Navy Arms 1866 Yellowboy Rifle
Navy Arms 1873 Winchester-Style Rifle
Navy Arms 1873 Sporting Rifle
Remington 7600 Slide Action
Remington Model 7600 Special Purpose Slide Action
Rossi M92 SRC Saddle-Ring Carbine
Rossi M92 SRS Short Carbine
Savage 99C Lever-Action Rifle
Uberti Henry Rifle
Uberti 1866 Sporting Rilfe
Uberti 1873 Sporting Rifle
Winchester Model 94 Side Eject Lever-Action Rifle
Winchester Model 94 Trapper Side Eject
Winchester Model 94 Big Bore Side Eject
Winchester Model 94 Ranger Side Eject Lever-Action Rifle
Winchester Model 94 Wrangler Side Eject

Centerfire Rifles—Bolt Action
Alpine Bolt-Action Rifle
A-Square Caesar Bolt-Action Rifle
A-Square Hannibal Bolt-Action Rifle
Anschutz 1700D Classic Rifles
Anschutz 1700D Custom Rifles
Anschutz 1700D Bavarian Bolt-Action Rifle
Anschutz 1733D Mannlicher Rifle
Barret Model 90 Bolt-Action Rifle
Beeman/HW 60J Bolt-Action Rifle
Blaser R84 Bolt-Action Rifle
BRNO 537 Sporter Bolt-Action Rifle
BRNO ZKB 527 Fox Bolt-Action Rifle
BRNO ZKK 600, 601, 602 Bolt-Action Rifles
Browning A-Bolt Rifle
Browning A-Bolt Stainless Stalker
Browning A-Bolt Left Hand
Browning A-Bolt Short Action
Browning Euro-Bolt Rifle
Browning A-Bolt Gold Medallion
Browning A-Bolt Micro Medallion
Century Centurion 14 Sporter
Century Enfield Sporter #4
Century Swedish Sporter #38
Century Mauser 98 Sporter
Cooper Model 38 Centerfire Sporter
Dakota 22 Sporter Bolt-Action Rifle
Dakota 76 Classic Bolt-Action Rifle
Dakota 76 Short Action Rifles

Dakota 76 Safari Bolt-Action Rifle
Dakota 416 Rigby African
E.A.A./Sabatti Rover 870 Bolt-Action Rifle
Auguste Francotte Bolt-Action Rifles
Carl Gustaf 2000 Bolt-Action Rifle
Heym Magnum Express Series Rifle
Howa Lightning Bolt-Action Rifle
Howa Realtree Camo Rifle
Interarms Mark X Viscount Bolt-Action Rifle
Interarms Mini-Mark X Rifle
Interarms Mark X Whitworth Bolt-Action Rifle
Interarms Whitworth Express Rifle
Iver Johnson Model 5100A1 Long-Range Rifle
KDF K15 American Bolt-Action Rifle
Krico Model 600 Bolt-Action Rifle
Krico Model 700 Bolt-Action Rifles
Mauser Model 66 Bolt-Action Rifle
Mauser Model 99 Bolt-Action Rifle
McMillan Signature Classic Sporter
McMillan Signature Super Varminter
McMillan Signature Alaskan
McMillan Signature Titanium Mountain Rifle
McMillan Classic Stainless Sporter
McMillan Talon Safari Rifle
McMillan Talon Sporter Rifle
Midland 1500S Survivor Rifle
Navy Arms TU–33/40 Carbine
Parker-Hale Model 81 Classic Rifle
Parker-Hale Model 81 Classic African Rifle
Parker-Hale Model 1000 Rifle
Parker-Hale Model 1100M African Magnum
Parker-Hale Model 1100 Lightweight Rifle
Parker-Hale Model 1200 Super Rifle
Parker-Hale Model 1200 Super Clip Rifle
Parker-Hale Model 1300C Scout Rifle
Parker-Hale Model 2100 Midland Rifle
Parker-Hale Model 2700 Lightweight Rifle
Parker-Hale Model 2800 Midland Rifle
Remington Model Seven Bolt-Action Rifle
Remington Model Seven Youth Rifle
Remington Model Seven Custom KS
Remington Model Seven Custom MS Rifle
Remington 700 ADL Bolt-Action Rifle
Remington 700 BDL Bolt-Action Rifle
Remington 700 BDL Varmint Special
Remington 700 BDL European Bolt-Action Rifle

Remington 700 Varmint Synthetic Rifle
Remington 700 BDL SS Rifle
Remington 700 Stainless Synthetic Rifle
Remington 700 MTRSS Rifle
Remington 700 BDL Left Hand
Remington 700 Camo Synthetic Rifle
Remington 700 Safari
Remington 700 Mountain Rifle
Remington 700 Custom KS Mountain Rifle
Remington 700 Classic Rifle
Ruger M77 Mark II Rifle
Ruger M77 Mark II Magnum Rifle
Ruger M77RL Ultra Light
Ruger M77 Mark II All-Weather Stainless Rifle
Ruger M77 RSI International Carbine
Ruger M77 Mark II Express Rifle
Ruger M77VT Target Rifle
Sako Hunter Rifle
Sako Fiberclass Sporter
Sako Safari Grade Bolt Action
Sako Hunter Left-Hand Rifle
Sako Classic Bolt Action
Sako Hunter LS Rifle
Sako Deluxe Lightweight
Sako Super Deluxe Sporter
Sako Mannlicher-Style Carbine
Sako Varmint Heavy Barrel
Sako TRG–S Bolt-Action Rifle
Sauer 90 Bolt-Action Rifle
Savage 110G Bolt-Action Rifle
Savage 110CY Youth/Ladies Rifle
Savage 110WLE One of One Thousand Limited Edition Rifle
Savage 110GXP3 Bolt-Action Rifle
Savage 110F Bolt-Action Rifle
Savage 110FXP3 Bolt-Action Rifle
Savage 110GV Varmint Rifle
Savage 112FV Varmint Rifle
Savage Model 112FVS Varmint Rifle
Savage Model 112BV Heavy Barrel Varmint Rifle
Savage 116FSS Bolt-Action Rifle
Savage Model 116FSK Kodiak Rifle
Savage 110FP Police Rifle
Steyr-Mannlicher Sporter Models SL, L, M, S, S/T
Steyr-Mannlicher Luxus Model L, M, S
Steyr-Mannlicher Model M Professional Rifle
Tikka Bolt-Action Rifle

Tikka Premium Grade Rifles
Tikka Varmint/Continental Rifle
Tikka Whitetail/Battue Rifle
Ultra Light Arms Model 20 Rifle
Ultra Light Arms Model 28, Model 40 Rifles
Voere VEC 91 Lightning Bolt-Action Rifle
Voere Model 2165 Bolt-Action Rifle
Voere Model 2155, 2150 Bolt-Action Rifles
Weatherby Mark V Deluxe Bolt-Action Rifle
Weatherby Lasermark V Rifle
Weatherby Mark V Crown Custom Rifles
Weatherby Mark V Sporter Rifle
Weatherby Mark V Safari Grade Custom Rifles
Weatherby Weathermark Rifle
Weatherby Weathermark Alaskan Rifle
Weatherby Classicmark No. 1 Rifle
Weatherby Weatherguard Alaskan Rifle
Weatherby Vanguard VGX Deluxe Rifle
Weatherby Vanguard Classic Rifle
Weatherby Vanguard Classic No. 1 Rifle
Weatherby Vanguard Weatherguard Rifle
Wichita Classic Rifle
Wichita Varmint Rifle
Winchester Model 70 Sporter
Winchester Model 70 Sporter WinTuff
Winchester Model 70 SM Sporter
Winchester Model 70 Stainless Rifle
Winchester Model 70 Varmint
Winchester Model 70 Synthetic Heavy Varmint Rifle
Winchester Model 70 DBM Rifle
Winchester Model 70 DBM–S Rifle
Winchester Model 70 Featherweight
Winchester Model 70 Featherweight WinTuff
Winchester Model 70 Featherweight Classic
Winchester Model 70 Lightweight Rifle
Winchester Ranger Rifle
Winchester Model 70 Super Express Magnum
Winchester Model 70 Super Grade
Winchester Model 70 Custom Sharpshooter
Winchester Model 70 Custom Sporting Sharpshooter Rifle

Centerfire Rifles—Single Shot
Armsport 1866 Sharps Rifle, Carbine
Brown Model One Single Shot Rifle
Browning Model 1885 Single Shot Rifle
Dakota Single Shot Rifle

Desert Industries G–90 Single Shot Rifle
Harrington & Richardson Ultra Varmint Rifle
Model 1885 High Wall Rifle
Navy Arms Rolling Block Buffalo Rifle
Navy Arms #2 Creedmoor Rifle
Navy Arms Sharps Cavalry Carbine
Navy Arms Sharps Plains Rifle
New England Firearms Handi-Rifle
Red Willow Armory Ballard No. 5 Pacific
Red Willow Armory Ballard No. 1.5 Hunting Rifle
Red Willow Armory Ballard No. 8 Union Hill Rifle
Red Willow Armory Ballard No. 4.5 Target Rifle
Remington-Style Rolling Block Carbine
Ruger No. 1B Single Shot
Ruger No. 1A Light Sporter
Ruger No. 1H Tropical Rifle
Ruger No. 1S Medium Sporter
Ruger No. 1 RSI International
Ruger No. 1V Special Varminter
C. Sharps Arms New Model 1874 Old Reliable
C. Sharps Arms New Model 1875 Rifle
C. Sharps Arms 1875 Classic Sharps
C. Sharps Arms New Model 1875 Target & Long Range
Shiloh Sharps 1874 Long Range Express
Shiloh Sharps 1874 Montana Roughrider
Shiloh Sharps 1874 Military Carbine
Shiloh Sharps 1874 Business Rifle
Shiloh Sharps 1874 Military Rifle
Sharps 1874 Old Reliable
Thompson/Center Contender Carbine
Thompson/Center Stainless Contender Carbine
Thompson/Center Contender Carbine Survival System
Thompson/Center Contender Carbine Youth Model
Thompson/Center TCR '87 Single Shot Rifle
Uberti Rolling Block Baby Carbine

Drillings, Combination Guns, Double Rifles
Beretta Express SSO O/U Double Rifles
Beretta Model 455 SxS Express Rifle
Chapuis RGExpress Double Rifle
Auguste Francotte Sidelock Double Rifles
Auguste Francotte Boxlock Double Rifle
Heym Model 55B O/U Double Rifle
Heym Model 55FW O/U Combo Gun
Heym Model 88b Side-by-Side Double Rifle
Kodiak Mk. IV Double Rifle

Kreighoff Teck O/U Combination Gun
Kreighoff Trumpf Drilling
Merkel Over/Under Combination Guns
Merkel Drillings
Merkel Model 160 Side-by-Side Double Rifles
Merkel Over/Under Double Rifles
Savage 24F O/U Combination Gun
Savage 24F–12T Turkey Gun
Springfield Inc. M6 Scout Rifle/Shotgun
Tikka Model 412s Combination Gun
Tikka Model 412S Double Fire
A. Zoli Rifle-Shotgun O/U Combo

Rimfire Rifles—Autoloaders
AMT Lightning 25/22 Rifle
AMT Lightning Small-Game Hunting Rifle II
AMT Magnum Hunter Auto Rifle
Anschutz 525 Deluxe Auto
Armscor Model 20P Auto Rifle
Browning Auto-22 Rifle
Browning Auto-22 Grade VI
Krico Model 260 Auto Rifle
Lakefield Arms Model 64B Auto Rifle
Marlin Model 60 Self-Loading Rifle
Marlin Model 60ss Self-Loading Rifle
Marlin Model 70 HC Auto
Marlin Model 9901 Self-Loading Rifle
Marlin Model 70P Papoose
Marlin Model 922 Magnum Self-Loading Rifle
Marlin Model 995 Self-Loading Rifle
Norinco Model 22 ATD Rifle
Remington Model 522 Viper Autoloading Rifle
Remington 552BDL Speedmaster Rifle
Ruger 10/22 Autoloading Carbine (w/o folding stock)
Survival Arms AR–7 Explorer Rifle
Texas Remington Revolving Carbine
Voere Model 2115 Auto Rifle

Rimfire Rifles—Lever & Slide Action
Browning BL–22 Lever-Action Rifle
Marlin 39TDS Carbine
Marlin Model 39AS Golden Lever-Action Rifle
Remington 572BDL Fieldmaster Pump Rifle
Norinco EM–321 Pump Rifle
Rossi Model 62 SA Pump Rifle
Rossi Model 62 SAC Carbine

Winchester Model 9422 Lever-Action Rifle
Winchester Model 9422 Magnum Lever-Action Rifle

Rimfire Rifles—Bolt Actions & Single Shots
Anschutz Achiever Bolt-Action Rifle
Anschutz 1416D/1516D Classic Rifles
Anschutz 1418D/1518D Mannlicher Rifles
Anschutz 1700D Classic Rifles
Anschutz 1700D Custom Rifles
Anschutz 1700 FWT Bolt-Action Rifle
Anschutz 1700D Graphite Custom Rifle
Anschutz 1700D Bavarian Bolt-Action Rifle
Armscor Model 14P Bolt-Action Rifle
Armscor Model 1500 Rifle
BRNO ZKM–452 Deluxe Bolt-Action Rifle
BRNO ZKM 452 Deluxe
Beeman/HW 60–J–ST Bolt-Action Rifle
Browning A-Bolt 22 Bolt-Action Rifle
Browning A-Bolt Gold Medallion
Cabanas Phaser Rifle
Cabanas Master Bolt-Action Rifle
Cabanas Espronceda IV Bolt-Action Rifle
Cabanas Leyre Bolt-Action Rifle
Chipmunk Single Shot Rifle
Cooper Arms Model 36S Sporter Rifle
Dakota 22 Sporter Bolt-Action Rifle
Krico Model 300 Bolt-Action Rifles
Lakefield Arms Mark II Bolt-Action Rifle
Lakefield Arms Mark I Bolt-Action Rifle
Magtech Model MT–22C Bolt-Action Rifle
Marlin Model 880 Bolt-Action Rifle
Marlin Model 881 Bolt-Action Rifle
Marlin Model 882 Bolt-Action Rifle
Marlin Model 883 Bolt-Action Rifle
Marlin Model 883SS Bolt-Action Rifle
Marlin Model 25MN Bolt-Action Rifle
Marlin Model 25N Bolt-Action Repeater
Marlin Model 15YN "Little Buckaroo"
Mauser Model 107 Bolt-Action Rifle
Mauser Model 201 Bolt-Action Rifle
Navy Arms TU–KKW Training Rifle
Navy Arms TU–33/40 Carbine
Navy Arms TU–KKW Sniper Trainer
Norinco JW–27 Bolt-Action Rifle
Norinco JW–15 Bolt-Action Rifle
Remington 541–T

Remington 40–XR Rimfire Custom Sporter
Remington 541–T HB Bolt-Action Rifle
Remington 581–S Sportsman Rifle
Ruger 77/22 Rimfire Bolt-Action Rifle
Ruger K77/22 Varmint Rifle
Ultra Light Arms Model 20 RF Bolt-Action Rifle
Winchester Model 52B Sporting Rifle

Competition Rifles—Centerfire & Rimfire
Anschutz 64–MS Left Silhouette
Anschutz 1808D RT Super Match 54 Target
Anschutz 1827B Biathlon Rifle
Anschutz 1903D Match Rifle
Anschutz 1803D Intermediate Match
Anschutz 1911 Match Rifle
Anschutz 54.18MS REP Deluxe Silhouette Rifle
Anschutz 1913 Super Match Rifle
Anschutz 1907 Match Rifle
Anschutz 1910 Super Match II
Anschutz 54.18MS Silhouette Rifle
Anschutz Super Match 54 Target Model 2013
Anschutz Super Match 54 Target Model 2007
Beeman/Feinwerkbau 2600 Target Rifle
Cooper Arms Model TRP–1 ISU Standard Rifle
E.A.A./Weihrauch HW 60 Target Rifle
E.A.A./HW 660 Match Rifle
Finnish Lion Standard Target Rifle
Krico Model 360 S2 Biathlon Rifle
Krico Model 400 Match Rifle
Krico Model 360S Biathlon Rifle
Krico Model 500 Kricotronic Match Rifle
Krico Model 600 Sniper Rifle
Krico Model 600 Match Rifle
Lakefield Arms Model 90B Target Rifle
Lakefield Arms Model 91T Target Rifle
Lakefield Arms Model 92S Silhouette Rifle
Marlin Model 2000 Target Rifle
Mauser Model 86–SR Specialty Rifle
McMillan M–86 Sniper Rifle
McMillan Combo M–87/M–88 50-Caliber Rifle
McMillan 300 Phoenix Long Range Rifle
McMillan M–89 Sniper Rifle
McMillan National Match Rifle
McMillan Long Range Rifle
Parker-Hale M–87 Target Rifle
Parker-Hale M–85 Sniper Rifle

Remington 40–XB Rangemaster Target Centerfire
Remington 40–XR KS Rimfire Position Rifle
Remington 40–XBBR KS
Remington 40–XC KS National Match Course Rifle
Sako TRG–21 Bolt-Action Rifle
Steyr-Mannlicher Match SPG–UIT Rifle
Steyr-Mannlicher SSG P–I Rifle
Steyr-Mannlicher SSG P–III Rifle
Steyr-Mannlicher SSG P–IV Rifle
Tanner Standard UIT Rifle
Tanner 50 Meter Free Rifle
Tanner 300 Meter Free Rifle
Wichita Silhouette Rifle

Shotguns—Autoloaders
American Arms/Franchi Black Magic 48/AL
Benelli Super Black Eagle Shotgun
Benelli Super Black Eagle Slug Gun
Benelli M1 Super 90 Field Auto Shotgun
Benelli Montefeltro Super 90 20-Gauge Shotgun
Benelli Montefeltro Super 90 Shotgun
Benelli M1 Sporting Special Auto Shotgun
Benelli Black Eagle Competition Auto Shotgun
Beretta A–303 Auto Shotgun
Beretta 390 Field Auto Shotgun
Beretta 390 Super Trap, Super Skeet Shotguns
Beretta Vittoria Auto Shotgun
Beretta Model 1201F Auto Shotgun
Browning BSA 10 Auto Shotgun
Browning BSA 10 Stalker Auto Shotgun
Browning A–500R Auto Shotgun
Browning A–500G Auto Shotgun
Browning A–500G Sporting Clays
Browning Auto-5 Light 12 and 20
Browning Auto-5 Stalker
Browning Auto-5 Magnum 20
Browning Auto-5 Magnum 12
Churchill Turkey Automatic Shotgun
Cosmi Automatic Shotgun
Maverick Model 60 Auto Shotgun
Mossberg Model 5500 Shotgun
Mossberg Model 9200 Regal Semi-Auto Shotgun
Mossberg Model 9200 USST Auto Shotgun
Mossberg Model 9200 Camo Shotgun
Mossberg Model 6000 Auto Shotgun
Remington Model 1100 Shotgun

Remington 11–87 Premier Shotgun
Remington 11–87 Sporting Clays
Remington 11–87 Premier Skeet
Remington 11–87 Premier Trap
Remington 11–87 Special Purpose Magnum
Remington 11–87 SPS–T Camo Auto Shotgun
Remington 11–87 Special Purpose Deer Gun
Remington 11–87 SPS–BG-Camo Deer/Turkey Shotgun
Remington 11–87 SPS-Deer Shotgun
Remington 11–87 Special Purpose Synthetic Camo
Remington SP–10 Magnum-Camo Auto Shotgun
Remington SP–10 Magnum Auto Shotgun
Remington SP–10 Magnum Turkey Combo
Remington 1100 LT–20 Auto
Remington 1100 Special Field
Remington 1100 20-Gauge Deer Gun
Remington 1100 LT–20 Tournament Skeet
Winchester Model 1400 Semi-Auto Shotgun

Shotguns—Slide Actions
Browning Model 42 Pump Shotgun
Browning BPS Pump Shotgun
Browning BPS Stalker Pump Shotgun
Browning BPS Pigeon Grade Pump Shotgun
Browning BPS Pump Shotgun (Ladies and Youth Model)
Browning BPS Game Gun Turkey Special
Browning BPS Game Gun Deer Special
Ithaca Model 87 Supreme Pump Shotgun
Ithaca Model 87 Deerslayer Shotgun
Ithaca Deerslayer II Rifled Shotgun
Ithaca Model 87 Turkey Gun
Ithaca Model 87 Deluxe Pump Shotgun
Magtech Model 586–VR Pump Shotgun
Maverick Models 88, 91 Pump Shotguns
Mossberg Model 500 Sporting Pump
Mossberg Model 500 Camo Pump
Mossberg Model 500 Muzzleloader Combo
Mossberg Model 500 Trophy Slugster
Mossberg Turkey Model 500 Pump
Mossberg Model 500 Bantam Pump
Mossberg Field Grade Model 835 Pump Shotgun
Mossberg Model 835 Regal Ulti-Mag Pump
Remington 870 Wingmaster
Remington 870 Special Purpose Deer Gun
Remington 870 SPS–BG-Camo Deer/Turkey Shotgun
Remington 870 SPS-Deer Shotgun

Remington 870 Marine Magnum
Remington 870 TC Trap
Remington 870 Special Purpose Synthetic Camo
Remington 870 Wingmaster Small Gauges
Remington 870 Express Rifle Sighted Deer Gun
Remington 879 SPS Special Purpose Magnum
Remington 870 SPS–T Camo Pump Shotgun
Remington 870 Special Field
Remington 870 Express Turkey
Remington 870 High Grades
Remington 870 Express
Remington Model 870 Express Youth Gun
Winchester Model 12 Pump Shotgun
Winchester Model 42 High Grade Shotgun
Winchester Model 1300 Walnut Pump
Winchester Model 1300 Slug Hunter Deer Gun
Winchester Model 1300 Ranger Pump Gun Combo & Deer Gun
Winchester Model 1300 Turkey Gun
Winchester Model 1300 Ranger Pump Gun

Shotguns—Over/Unders
American Arms/Franchi Falconet 2000 O/U
American Arms Silver I O/U
American Arms Silver II Shotgun
American Arms Silver Skeet O/U
American Arms/Franchi Sporting 2000 O/U
American Arms Silver Sporting O/U
American Arms Silver Trap O/U
American Arms WS/OU 12, TS/OU 12 Shotguns
American Arms WT/OU 10 Shotgun
Armsport 2700 O/U Goose Gun
Armsport 2700 Series O/U
Armsport 2900 Tri-Barrel Shotgun
Baby Bretton Over/Under Shotgun
Beretta Model 686 Ultralight O/U
Beretta ASE 90 Competition O/U Shotgun
Beretta Over/Under Field Shotguns
Beretta Onyx Hunter Sport O/U Shotgun
Beretta Model SO5, SO6, SO9 Shotguns
Beretta Sporting Clay Shotguns
Beretta 687EL Sporting O/U
Beretta 682 Super Sporting O/U
Beretta Series 682 Competition Over/Unders
Browning Citori O/U Shotgun
Browning Superlight Citori Over/Under
Browning Lightning Sporting Clays

Browning Micro Citori Lightning
Browning Citori Plus Trap Combo
Browning Citori Plus Trap Gun
Browning Citori O/U Skeet Models
Browning Citori O/U Trap Models
Browning Special Sporting Clays
Browning Citori GTI Sporting Clays
Browning 325 Sporting Clays
Centurion Over/Under Shotgun
Chapuis Over/Under Shotgun
Connecticut Valley Classics Classic Sporter O/U
Connecticut Valley Classics Classic Field Waterfowler
Charles Daly Field Grade O/U
Charles Daly Lux Over/Under
E.A.A./Sabatti Sporting Clays Pro-Gold O/U
E.A.A/Sabatti Falcon-Mon Over/Under
Kassnar Grade I O/U Shotgun
Krieghoff K–80 Sporting Clays O/U
Krieghoff K–80 Skeet Shotgun
Krieghoff K–80 International Skeet
Krieghoff K–80 Four-Barrel Skeet Set
Krieghoff K–80/RT Shotguns
Krieghoff K–80 O/U Trap Shotgun
Laurona Silhouette 300 Sporting Clays
Laurona Silhouette 300 Trap
Laurona Super Model Over/Unders
Ljutic LM–6 Deluxe O/U Shotgun
Marocchi Conquista Over/Under Shotgun
Marocchi Avanza O/U Shotgun
Merkel Model 200E O/U Shotgun
Merkel Model 200E Skeet, Trap Over/Unders
Merkel Model 203E, 303E Over/Under Shotguns
Perazzi Mirage Special Sporting O/U
Perazzi Mirage Special Four-Gauge Skeet
Perazzi Sporting Classic O/U
Perazzi MX7 Over/Under Shotguns
Perazzi Mirage Special Skeet Over/Under
Perazzi MX8/MX8 Special Trap, Skeet
Perazzi MX8/20 Over/Under Shotgun
Perazzi MX9 Single Over/Under Shotguns
Perazzi MX12 Hunting Over/Under
Perazzi MX28, MX410 Game O/U Shotguns
Perazzi MX20 Hunting Over/Under
Piotti Boss Over/Under Shotgun
Remington Peerless Over/Under Shotgun
Ruger Red Label O/U Shotgun

Ruger Sporting Clays O/U Shotgun
San Marco 12-Ga. Wildflower Shotgun
San Marco Field Special O/U Shotgun
San Marco 10-Ga. O/U Shotgun
SKB Model 505 Deluxe Over/Under Shotgun
SKB Model 685 Over/Under Shotgun
SKB Model 885 Over/Under Trap, Skeet, Sporting Clays
Stoeger/IGA Condor I O/U Shotgun
Stoeger/IGA ERA 2000 Over/Under Shotgun
Techni-Mec Model 610 Over/Under
Tikka Model 412S Field Grade Over/Under
Weatherby Athena Grade IV O/U Shotguns
Weatherby Athena Grade V Classic Field O/U
Weatherby Orion O/U Shotguns
Weatherby II, III Classic Field O/Us
Weatherby Orion II Classic Sporting Clays O/U
Weatherby Orion II Sporting Clays O/U
Winchester Model 1001 O/U Shotgun
Winchester Model 1001 Sporting Clays O/U
Pietro Zanoletti Model 2000 Field O/U

Shotguns—Side by Sides
American Arms Brittany Shotgun
American Arms Gentry Double Shotgun
American Arms Derby Side-by-Side
American Arms Grulla #2 Double Shotgun
American Arms WS/SS 10
American Arms TS/SS 10 Double Shotgun
American Arms TS/SS 12 Side-by-Side
Arrieta Sidelock Double Shotguns
Armsport 1050 Series Double Shotguns
Arizaga Model 31 Double Shotgun
AYA Boxlock Shotguns
AYA Sidelock Double Shotguns
Beretta Model 452 Sidelock Shotgun
Beretta Side-by-Side Field Shotguns
Crucelegui Hermanos Model 150 Double
Chapuis Side-by-Side Shotgun
E.A.A./Sabatti Saba-Mon Double Shotgun
Charles Daly Model Dss Double
Ferlib Model F VII Double Shotgun
Auguste Francotte Boxlock Shotgun
Auguste Francotte Sidelock Shotgun
Garbi Model 100 Double
Garbi Model 101 Side-by-Side
Garbi Model 103A, B Side-by-Side

Garbi Model 200 Side-by-Side
Bill Hanus Birdgun Doubles
Hatfield Uplander Shotgun
Merkel Model 8, 47E Side-by-Side Shotguns
Merkel Model 47LSC Sporting Clays Double
Merkel Model 47S, 147S Side-by-Sides
Parker Reproductions Side-by-Side
Piotti King No. 1 Side-by-Side
Piotti Lunik Side-by-Side
Piotti King Extra Side-by-Side
Piotti Piuma Side-by-Side
Precision Sports Model 600 Series Doubles
Rizzini Boxlock Side-by-Side
Rizzini Sidelock Side-by-Side
Stoeger/IGA Uplander Side-by-Side Shotgun
Ugartechea 10-Ga. Magnum Shotgun

Shotguns—Bolt Actions & Single Shots
Armsport Single Barrel Shotgun
Browning BT–99 Competition Trap Special
Browning BT–99 Plus Trap Gun
Browning BT–99 Plus Micro
Browning Recoilless Trap Shotgun
Browning Micro Recoilless Trap Shotgun
Desert Industries Big Twenty Shotgun
Harrington & Richardson Topper Model 098
Harrington & Richardson Topper Classic Youth Shotgun
Harrington & Richardson N.W.T.F. Turkey Mag
Harrington & Richardson Topper Deluxe Model 098
Krieghoff KS–5 Trap Gun
Krieghoff KS–5 Special
Krieghoff K–80 Single Barrel Trap Gun
Ljutic Mono Gun Single Barrel
Ljutic LTX Super Deluxe Mono Gun
Ljutic Recoilless Space Gun Shotgun
Marlin Model 55 Goose Gun Bolt Action
New England Firearms Turkey and Goose Gun
New England Firearms N.W.T.F. Shotgun
New England Firearms Tracker Slug Gun
New England Firearms Standard Pardner
New England Firearms Survival Gun
Perazzi TM1 Special Single Trap
Remington 90–T Super Single Shotgun
Snake Charmer II Shotgun
Stoeger/IGA Reuna Single Barrel Shotgun
Thompson/Center TCR '87 Hunter Shotgun

# Exhibit K

Guns That Are Not Assault Weapons

The Official Website of the Attorney General of Massachusetts



**Attorney General**
# Maura Healey

🏠 Home  ›  Public Safety  ›  Guns That Are Not Assault Weapons

## Guns That Are Not Assault Weapons

**Q: Are there examples or categories of weapons that are _not_ assault weapons?**

Yes. Many rifles, shotguns, and pistols are not assault weapons, and therefore are not "copies or duplicates" of enumerated assault weapons. For example, the following are not assault weapons under G.L. c. 140, § 121:

- Any handgun on the current version of the state's Approved Firearms Roster, available here 🔗. Handguns are still subject to MA 940 CMR 16.00 *et seq* Consumer Protection Regulation;

- Any .22 caliber rimfire rifle;

- Any Ruger Mini 14 or substantially-similar model weapon;

- Any Springfield Armory M1A or substantially similar model weapon;

- Any of the hundreds of rifles and shotguns listed on this list 🔗 —Appendix A to 18 U.S.C. § 922, as appearing on September 13, 1994;

- Any weapon that is operated by manual bolt, pump, lever, or slide action;

- Any weapon that is an antique, relic, or theatrical prop;

- Any semiautomatic rifle that *cannot* accept a detachable magazine that holds more than five rounds of ammunition;

- Any semiautomatic shotgun that *cannot* hold more than five rounds of ammunition in a fixed or detachable magazine.

This list is not exhaustive; it is meant for illustrative purposes only. Many other weapons are not assault weapons or "copies or duplicates" of assault weapons.

**Q: Are any .22 caliber rimfire rifles affected by the Enforcement Notice?**

No.  However, a weapon that is manufactured as an Assault Weapon cannot be made legal by alterations that allow it to discharge .22-caliber ammunition.

**Q: Does this Enforcement Notice change which semi-automatic pistols may be sold in Massachusetts?**

No. The Enforcement Notice makes no change to the list of handguns, including semi-automatic pistols, on the current version of the state's Approved Firearms Roster. The most recent list (August 2016) is available here 🔗.  The Massachusetts Assault Weapons Ban does prohibit the sale of five semi-automatic pistols, the INTRATEC TEC-9, TEC-DC9 and TEC-22; and the Action Arms Israeli Military Industries UZI and Galil. Only these weapons and copies or duplicates of these specific pistols are prohibited under the ban, and none appear on the approved list. Handguns are still subject to MA 940 CMR 16.00 *et seq* Consumer Protection Regulation.

For more information, please visit the Assault Weapon Ban Enforcement page.

© 2016 Commonwealth of Massachusetts.

Mass.Gov® is a registered service mark of the Commonwealth of Massachusetts.

Site Policies    Contact the Attorney General's Office

APPENDIX A to 18 U.S.C. § 922, as appearing on September 13, 1994:

<u>Centerfire Rifles—Autoloaders</u>
Browning BAR Mark II Safari Semi-Auto Rifle
Browning BAR Mark II Safari Magnum Rifle
Browning High-Power Rifle
Heckler & Koch Model 300 Rifle
Iver Johnson M–1 Carbine
Iver Johnson 50th Anniversary M–1 Carbine
Marlin Model 9 Camp Carbine
Marlin Model 45 Carbine
Remington Nylon 66 Auto-Loading Rifle
Remington Model 7400 Auto Rifle
Remington Model 7400 Rifle
Remington Model 7400 Special Purpose Auto Rifle
Ruger Mini-14 Autoloading Rifle (w/o folding stock)
Ruger Mini Thirty Rifle

<u>Centerfire Rifles—Lever & Slide</u>
Browning Model 81 BLR Lever-Action Rifle
Browning Model 81 Long Action BLR
Browning Model 1886 Lever-Action Carbine
Browning Model 1886 High Grade Carbine
Cimarron 1860 Henry Replica
Cimarron 1866 Winchester Replicas
Cimarron 1873 Short Rifle
Cimarron 1873 Sporting Rifle
Cimarron 1873 30" Express Rifle
Dixie Engraved 1873 Rifle
E.M.F. 1866 Yellowboy Lever Actions
E.M.F. 1860 Henry Rifle
E.M.F. Model 73 Lever-Action Rifle
Marlin Model 336CS Lever-Action Carbine
Marlin Model 30AS Lever-Action Carbine
Marlin Model 444SS Lever-Action Sporter
Marlin Model 1894S Lever-Action Carbine
Marlin Model 1894CS Carbine
Marlin Model 1894CL Classic
Marlin Model 1895SS Lever-Action Rifle
Mitchell 1858 Henry Replica
Mitchell 1866 Winchester Replica
Mitchell 1873 Winchester Replica
Navy Arms Military Henry Rifle
Navy Arms Henry Trapper
Navy Arms Iron Frame Henry
Navy Arms Henry Carbine

Navy Arms 1866 Yellowboy Rifle
Navy Arms 1873 Winchester-Style Rifle
Navy Arms 1873 Sporting Rifle
Remington 7600 Slide Action
Remington Model 7600 Special Purpose Slide Action
Rossi M92 SRC Saddle-Ring Carbine
Rossi M92 SRS Short Carbine
Savage 99C Lever-Action Rifle
Uberti Henry Rifle
Uberti 1866 Sporting Rilfe
Uberti 1873 Sporting Rifle
Winchester Model 94 Side Eject Lever-Action Rifle
Winchester Model 94 Trapper Side Eject
Winchester Model 94 Big Bore Side Eject
Winchester Model 94 Ranger Side Eject Lever-Action Rifle
Winchester Model 94 Wrangler Side Eject

Centerfire Rifles—Bolt Action
Alpine Bolt-Action Rifle
A-Square Caesar Bolt-Action Rifle
A-Square Hannibal Bolt-Action Rifle
Anschutz 1700D Classic Rifles
Anschutz 1700D Custom Rifles
Anschutz 1700D Bavarian Bolt-Action Rifle
Anschutz 1733D Mannlicher Rifle
Barret Model 90 Bolt-Action Rifle
Beeman/HW 60J Bolt-Action Rifle
Blaser R84 Bolt-Action Rifle
BRNO 537 Sporter Bolt-Action Rifle
BRNO ZKB 527 Fox Bolt-Action Rifle
BRNO ZKK 600, 601, 602 Bolt-Action Rifles
Browning A-Bolt Rifle
Browning A-Bolt Stainless Stalker
Browning A-Bolt Left Hand
Browning A-Bolt Short Action
Browning Euro-Bolt Rifle
Browning A-Bolt Gold Medallion
Browning A-Bolt Micro Medallion
Century Centurion 14 Sporter
Century Enfield Sporter #4
Century Swedish Sporter #38
Century Mauser 98 Sporter
Cooper Model 38 Centerfire Sporter
Dakota 22 Sporter Bolt-Action Rifle
Dakota 76 Classic Bolt-Action Rifle
Dakota 76 Short Action Rifles

Dakota 76 Safari Bolt-Action Rifle
Dakota 416 Rigby African
E.A.A./Sabatti Rover 870 Bolt-Action Rifle
Auguste Francotte Bolt-Action Rifles
Carl Gustaf 2000 Bolt-Action Rifle
Heym Magnum Express Series Rifle
Howa Lightning Bolt-Action Rifle
Howa Realtree Camo Rifle
Interarms Mark X Viscount Bolt-Action Rifle
Interarms Mini-Mark X Rifle
Interarms Mark X Whitworth Bolt-Action Rifle
Interarms Whitworth Express Rifle
Iver Johnson Model 5100A1 Long-Range Rifle
KDF K15 American Bolt-Action Rifle
Krico Model 600 Bolt-Action Rifle
Krico Model 700 Bolt-Action Rifles
Mauser Model 66 Bolt-Action Rifle
Mauser Model 99 Bolt-Action Rifle
McMillan Signature Classic Sporter
McMillan Signature Super Varminter
McMillan Signature Alaskan
McMillan Signature Titanium Mountain Rifle
McMillan Classic Stainless Sporter
McMillan Talon Safari Rifle
McMillan Talon Sporter Rifle
Midland 1500S Survivor Rifle
Navy Arms TU–33/40 Carbine
Parker-Hale Model 81 Classic Rifle
Parker-Hale Model 81 Classic African Rifle
Parker-Hale Model 1000 Rifle
Parker-Hale Model 1100M African Magnum
Parker-Hale Model 1100 Lightweight Rifle
Parker-Hale Model 1200 Super Rifle
Parker-Hale Model 1200 Super Clip Rifle
Parker-Hale Model 1300C Scout Rifle
Parker-Hale Model 2100 Midland Rifle
Parker-Hale Model 2700 Lightweight Rifle
Parker-Hale Model 2800 Midland Rifle
Remington Model Seven Bolt-Action Rifle
Remington Model Seven Youth Rifle
Remington Model Seven Custom KS
Remington Model Seven Custom MS Rifle
Remington 700 ADL Bolt-Action Rifle
Remington 700 BDL Bolt-Action Rifle
Remington 700 BDL Varmint Special
Remington 700 BDL European Bolt-Action Rifle

Remington 700 Varmint Synthetic Rifle
Remington 700 BDL SS Rifle
Remington 700 Stainless Synthetic Rifle
Remington 700 MTRSS Rifle
Remington 700 BDL Left Hand
Remington 700 Camo Synthetic Rifle
Remington 700 Safari
Remington 700 Mountain Rifle
Remington 700 Custom KS Mountain Rifle
Remington 700 Classic Rifle
Ruger M77 Mark II Rifle
Ruger M77 Mark II Magnum Rifle
Ruger M77RL Ultra Light
Ruger M77 Mark II All-Weather Stainless Rifle
Ruger M77 RSI International Carbine
Ruger M77 Mark II Express Rifle
Ruger M77VT Target Rifle
Sako Hunter Rifle
Sako Fiberclass Sporter
Sako Safari Grade Bolt Action
Sako Hunter Left-Hand Rifle
Sako Classic Bolt Action
Sako Hunter LS Rifle
Sako Deluxe Lightweight
Sako Super Deluxe Sporter
Sako Mannlicher-Style Carbine
Sako Varmint Heavy Barrel
Sako TRG–S Bolt-Action Rifle
Sauer 90 Bolt-Action Rifle
Savage 110G Bolt-Action Rifle
Savage 110CY Youth/Ladies Rifle
Savage 110WLE One of One Thousand Limited Edition Rifle
Savage 110GXP3 Bolt-Action Rifle
Savage 110F Bolt-Action Rifle
Savage 110FXP3 Bolt-Action Rifle
Savage 110GV Varmint Rifle
Savage 112FV Varmint Rifle
Savage Model 112FVS Varmint Rifle
Savage Model 112BV Heavy Barrel Varmint Rifle
Savage 116FSS Bolt-Action Rifle
Savage Model 116FSK Kodiak Rifle
Savage 110FP Police Rifle
Steyr-Mannlicher Sporter Models SL, L, M, S, S/T
Steyr-Mannlicher Luxus Model L, M, S
Steyr-Mannlicher Model M Professional Rifle
Tikka Bolt-Action Rifle

Tikka Premium Grade Rifles
Tikka Varmint/Continental Rifle
Tikka Whitetail/Battue Rifle
Ultra Light Arms Model 20 Rifle
Ultra Light Arms Model 28, Model 40 Rifles
Voere VEC 91 Lightning Bolt-Action Rifle
Voere Model 2165 Bolt-Action Rifle
Voere Model 2155, 2150 Bolt-Action Rifles
Weatherby Mark V Deluxe Bolt-Action Rifle
Weatherby Lasermark V Rifle
Weatherby Mark V Crown Custom Rifles
Weatherby Mark V Sporter Rifle
Weatherby Mark V Safari Grade Custom Rifles
Weatherby Weathermark Rifle
Weatherby Weathermark Alaskan Rifle
Weatherby Classicmark No. 1 Rifle
Weatherby Weatherguard Alaskan Rifle
Weatherby Vanguard VGX Deluxe Rifle
Weatherby Vanguard Classic Rifle
Weatherby Vanguard Classic No. 1 Rifle
Weatherby Vanguard Weatherguard Rifle
Wichita Classic Rifle
Wichita Varmint Rifle
Winchester Model 70 Sporter
Winchester Model 70 Sporter WinTuff
Winchester Model 70 SM Sporter
Winchester Model 70 Stainless Rifle
Winchester Model 70 Varmint
Winchester Model 70 Synthetic Heavy Varmint Rifle
Winchester Model 70 DBM Rifle
Winchester Model 70 DBM–S Rifle
Winchester Model 70 Featherweight
Winchester Model 70 Featherweight WinTuff
Winchester Model 70 Featherweight Classic
Winchester Model 70 Lightweight Rifle
Winchester Ranger Rifle
Winchester Model 70 Super Express Magnum
Winchester Model 70 Super Grade
Winchester Model 70 Custom Sharpshooter
Winchester Model 70 Custom Sporting Sharpshooter Rifle

Centerfire Rifles—Single Shot
Armsport 1866 Sharps Rifle, Carbine
Brown Model One Single Shot Rifle
Browning Model 1885 Single Shot Rifle
Dakota Single Shot Rifle

Desert Industries G–90 Single Shot Rifle
Harrington & Richardson Ultra Varmint Rifle
Model 1885 High Wall Rifle
Navy Arms Rolling Block Buffalo Rifle
Navy Arms #2 Creedmoor Rifle
Navy Arms Sharps Cavalry Carbine
Navy Arms Sharps Plains Rifle
New England Firearms Handi-Rifle
Red Willow Armory Ballard No. 5 Pacific
Red Willow Armory Ballard No. 1.5 Hunting Rifle
Red Willow Armory Ballard No. 8 Union Hill Rifle
Red Willow Armory Ballard No. 4.5 Target Rifle
Remington-Style Rolling Block Carbine
Ruger No. 1B Single Shot
Ruger No. 1A Light Sporter
Ruger No. 1H Tropical Rifle
Ruger No. 1S Medium Sporter
Ruger No. 1 RSI International
Ruger No. 1V Special Varminter
C. Sharps Arms New Model 1874 Old Reliable
C. Sharps Arms New Model 1875 Rifle
C. Sharps Arms 1875 Classic Sharps
C. Sharps Arms New Model 1875 Target & Long Range
Shiloh Sharps 1874 Long Range Express
Shiloh Sharps 1874 Montana Roughrider
Shiloh Sharps 1874 Military Carbine
Shiloh Sharps 1874 Business Rifle
Shiloh Sharps 1874 Military Rifle
Sharps 1874 Old Reliable
Thompson/Center Contender Carbine
Thompson/Center Stainless Contender Carbine
Thompson/Center Contender Carbine Survival System
Thompson/Center Contender Carbine Youth Model
Thompson/Center TCR '87 Single Shot Rifle
Uberti Rolling Block Baby Carbine

<u>Drillings, Combination Guns, Double Rifles</u>
Beretta Express SSO O/U Double Rifles
Beretta Model 455 SxS Express Rifle
Chapuis RGExpress Double Rifle
Auguste Francotte Sidelock Double Rifles
Auguste Francotte Boxlock Double Rifle
Heym Model 55B O/U Double Rifle
Heym Model 55FW O/U Combo Gun
Heym Model 88b Side-by-Side Double Rifle
Kodiak Mk. IV Double Rifle

Kreighoff Teck O/U Combination Gun
Kreighoff Trumpf Drilling
Merkel Over/Under Combination Guns
Merkel Drillings
Merkel Model 160 Side-by-Side Double Rifles
Merkel Over/Under Double Rifles
Savage 24F O/U Combination Gun
Savage 24F–12T Turkey Gun
Springfield Inc. M6 Scout Rifle/Shotgun
Tikka Model 412s Combination Gun
Tikka Model 412S Double Fire
A. Zoli Rifle-Shotgun O/U Combo

Rimfire Rifles—Autoloaders
AMT Lightning 25/22 Rifle
AMT Lightning Small-Game Hunting Rifle II
AMT Magnum Hunter Auto Rifle
Anschutz 525 Deluxe Auto
Armscor Model 20P Auto Rifle
Browning Auto-22 Rifle
Browning Auto-22 Grade VI
Krico Model 260 Auto Rifle
Lakefield Arms Model 64B Auto Rifle
Marlin Model 60 Self-Loading Rifle
Marlin Model 60ss Self-Loading Rifle
Marlin Model 70 HC Auto
Marlin Model 990l Self-Loading Rifle
Marlin Model 70P Papoose
Marlin Model 922 Magnum Self-Loading Rifle
Marlin Model 995 Self-Loading Rifle
Norinco Model 22 ATD Rifle
Remington Model 522 Viper Autoloading Rifle
Remington 552BDL Speedmaster Rifle
Ruger 10/22 Autoloading Carbine (w/o folding stock)
Survival Arms AR–7 Explorer Rifle
Texas Remington Revolving Carbine
Voere Model 2115 Auto Rifle

Rimfire Rifles—Lever & Slide Action
Browning BL–22 Lever-Action Rifle
Marlin 39TDS Carbine
Marlin Model 39AS Golden Lever-Action Rifle
Remington 572BDL Fieldmaster Pump Rifle
Norinco EM–321 Pump Rifle
Rossi Model 62 SA Pump Rifle
Rossi Model 62 SAC Carbine

Winchester Model 9422 Lever-Action Rifle
Winchester Model 9422 Magnum Lever-Action Rifle

Rimfire Rifles—Bolt Actions & Single Shots
Anschutz Achiever Bolt-Action Rifle
Anschutz 1416D/1516D Classic Rifles
Anschutz 1418D/1518D Mannlicher Rifles
Anschutz 1700D Classic Rifles
Anschutz 1700D Custom Rifles
Anschutz 1700 FWT Bolt-Action Rifle
Anschutz 1700D Graphite Custom Rifle
Anschutz 1700D Bavarian Bolt-Action Rifle
Armscor Model 14P Bolt-Action Rifle
Armscor Model 1500 Rifle
BRNO ZKM–452 Deluxe Bolt-Action Rifle
BRNO ZKM 452 Deluxe
Beeman/HW 60–J–ST Bolt-Action Rifle
Browning A-Bolt 22 Bolt-Action Rifle
Browning A-Bolt Gold Medallion
Cabanas Phaser Rifle
Cabanas Master Bolt-Action Rifle
Cabanas Espronceda IV Bolt-Action Rifle
Cabanas Leyre Bolt-Action Rifle
Chipmunk Single Shot Rifle
Cooper Arms Model 36S Sporter Rifle
Dakota 22 Sporter Bolt-Action Rifle
Krico Model 300 Bolt-Action Rifles
Lakefield Arms Mark II Bolt-Action Rifle
Lakefield Arms Mark I Bolt-Action Rifle
Magtech Model MT–22C Bolt-Action Rifle
Marlin Model 880 Bolt-Action Rifle
Marlin Model 881 Bolt-Action Rifle
Marlin Model 882 Bolt-Action Rifle
Marlin Model 883 Bolt-Action Rifle
Marlin Model 883SS Bolt-Action Rifle
Marlin Model 25MN Bolt-Action Rifle
Marlin Model 25N Bolt-Action Repeater
Marlin Model 15YN "Little Buckaroo"
Mauser Model 107 Bolt-Action Rifle
Mauser Model 201 Bolt-Action Rifle
Navy Arms TU–KKW Training Rifle
Navy Arms TU–33/40 Carbine
Navy Arms TU–KKW Sniper Trainer
Norinco JW–27 Bolt-Action Rifle
Norinco JW–15 Bolt-Action Rifle
Remington 541–T

Remington 40–XR Rimfire Custom Sporter
Remington 541–T HB Bolt-Action Rifle
Remington 581–S Sportsman Rifle
Ruger 77/22 Rimfire Bolt-Action Rifle
Ruger K77/22 Varmint Rifle
Ultra Light Arms Model 20 RF Bolt-Action Rifle
Winchester Model 52B Sporting Rifle

Competition Rifles—Centerfire & Rimfire
Anschutz 64–MS Left Silhouette
Anschutz 1808D RT Super Match 54 Target
Anschutz 1827B Biathlon Rifle
Anschutz 1903D Match Rifle
Anschutz 1803D Intermediate Match
Anschutz 1911 Match Rifle
Anschutz 54.18MS REP Deluxe Silhouette Rifle
Anschutz 1913 Super Match Rifle
Anschutz 1907 Match Rifle
Anschutz 1910 Super Match II
Anschutz 54.18MS Silhouette Rifle
Anschutz Super Match 54 Target Model 2013
Anschutz Super Match 54 Target Model 2007
Beeman/Feinwerkbau 2600 Target Rifle
Cooper Arms Model TRP–1 ISU Standard Rifle
E.A.A./Weihrauch HW 60 Target Rifle
E.A.A./HW 660 Match Rifle
Finnish Lion Standard Target Rifle
Krico Model 360 S2 Biathlon Rifle
Krico Model 400 Match Rifle
Krico Model 360S Biathlon Rifle
Krico Model 500 Kricotronic Match Rifle
Krico Model 600 Sniper Rifle
Krico Model 600 Match Rifle
Lakefield Arms Model 90B Target Rifle
Lakefield Arms Model 91T Target Rifle
Lakefield Arms Model 92S Silhouette Rifle
Marlin Model 2000 Target Rifle
Mauser Model 86–SR Specialty Rifle
McMillan M–86 Sniper Rifle
McMillan Combo M–87/M–88 50-Caliber Rifle
McMillan 300 Phoenix Long Range Rifle
McMillan M–89 Sniper Rifle
McMillan National Match Rifle
McMillan Long Range Rifle
Parker-Hale M–87 Target Rifle
Parker-Hale M–85 Sniper Rifle

Remington 40–XB Rangemaster Target Centerfire
Remington 40–XR KS Rimfire Position Rifle
Remington 40–XBBR KS
Remington 40–XC KS National Match Course Rifle
Sako TRG–21 Bolt-Action Rifle
Steyr-Mannlicher Match SPG–UIT Rifle
Steyr-Mannlicher SSG P–I Rifle
Steyr-Mannlicher SSG P–III Rifle
Steyr-Mannlicher SSG P–IV Rifle
Tanner Standard UIT Rifle
Tanner 50 Meter Free Rifle
Tanner 300 Meter Free Rifle
Wichita Silhouette Rifle

Shotguns—Autoloaders
American Arms/Franchi Black Magic 48/AL
Benelli Super Black Eagle Shotgun
Benelli Super Black Eagle Slug Gun
Benelli M1 Super 90 Field Auto Shotgun
Benelli Montefeltro Super 90 20-Gauge Shotgun
Benelli Montefeltro Super 90 Shotgun
Benelli M1 Sporting Special Auto Shotgun
Benelli Black Eagle Competition Auto Shotgun
Beretta A–303 Auto Shotgun
Beretta 390 Field Auto Shotgun
Beretta 390 Super Trap, Super Skeet Shotguns
Beretta Vittoria Auto Shotgun
Beretta Model 1201F Auto Shotgun
Browning BSA 10 Auto Shotgun
Browning BSA 10 Stalker Auto Shotgun
Browning A–500R Auto Shotgun
Browning A–500G Auto Shotgun
Browning A–500G Sporting Clays
Browning Auto-5 Light 12 and 20
Browning Auto-5 Stalker
Browning Auto-5 Magnum 20
Browning Auto-5 Magnum 12
Churchill Turkey Automatic Shotgun
Cosmi Automatic Shotgun
Maverick Model 60 Auto Shotgun
Mossberg Model 5500 Shotgun
Mossberg Model 9200 Regal Semi-Auto Shotgun
Mossberg Model 9200 USST Auto Shotgun
Mossberg Model 9200 Camo Shotgun
Mossberg Model 6000 Auto Shotgun
Remington Model 1100 Shotgun

Remington 11–87 Premier Shotgun
Remington 11–87 Sporting Clays
Remington 11–87 Premier Skeet
Remington 11–87 Premier Trap
Remington 11–87 Special Purpose Magnum
Remington 11–87 SPS–T Camo Auto Shotgun
Remington 11–87 Special Purpose Deer Gun
Remington 11–87 SPS–BG-Camo Deer/Turkey Shotgun
Remington 11–87 SPS-Deer Shotgun
Remington 11–87 Special Purpose Synthetic Camo
Remington SP–10 Magnum-Camo Auto Shotgun
Remington SP–10 Magnum Auto Shotgun
Remington SP–10 Magnum Turkey Combo
Remington 1100 LT–20 Auto
Remington 1100 Special Field
Remington 1100 20-Gauge Deer Gun
Remington 1100 LT–20 Tournament Skeet
Winchester Model 1400 Semi-Auto Shotgun

Shotguns—Slide Actions
Browning Model 42 Pump Shotgun
Browning BPS Pump Shotgun
Browning BPS Stalker Pump Shotgun
Browning BPS Pigeon Grade Pump Shotgun
Browning BPS Pump Shotgun (Ladies and Youth Model)
Browning BPS Game Gun Turkey Special
Browning BPS Game Gun Deer Special
Ithaca Model 87 Supreme Pump Shotgun
Ithaca Model 87 Deerslayer Shotgun
Ithaca Deerslayer II Rifled Shotgun
Ithaca Model 87 Turkey Gun
Ithaca Model 87 Deluxe Pump Shotgun
Magtech Model 586–VR Pump Shotgun
Maverick Models 88, 91 Pump Shotguns
Mossberg Model 500 Sporting Pump
Mossberg Model 500 Camo Pump
Mossberg Model 500 Muzzleloader Combo
Mossberg Model 500 Trophy Slugster
Mossberg Turkey Model 500 Pump
Mossberg Model 500 Bantam Pump
Mossberg Field Grade Model 835 Pump Shotgun
Mossberg Model 835 Regal Ulti-Mag Pump
Remington 870 Wingmaster
Remington 870 Special Purpose Deer Gun
Remington 870 SPS–BG-Camo Deer/Turkey Shotgun
Remington 870 SPS-Deer Shotgun

Remington 870 Marine Magnum
Remington 870 TC Trap
Remington 870 Special Purpose Synthetic Camo
Remington 870 Wingmaster Small Gauges
Remington 870 Express Rifle Sighted Deer Gun
Remington 879 SPS Special Purpose Magnum
Remington 870 SPS–T Camo Pump Shotgun
Remington 870 Special Field
Remington 870 Express Turkey
Remington 870 High Grades
Remington 870 Express
Remington Model 870 Express Youth Gun
Winchester Model 12 Pump Shotgun
Winchester Model 42 High Grade Shotgun
Winchester Model 1300 Walnut Pump
Winchester Model 1300 Slug Hunter Deer Gun
Winchester Model 1300 Ranger Pump Gun Combo & Deer Gun
Winchester Model 1300 Turkey Gun
Winchester Model 1300 Ranger Pump Gun

Shotguns—Over/Unders
American Arms/Franchi Falconet 2000 O/U
American Arms Silver I O/U
American Arms Silver II Shotgun
American Arms Silver Skeet O/U
American Arms/Franchi Sporting 2000 O/U
American Arms Silver Sporting O/U
American Arms Silver Trap O/U
American Arms WS/OU 12, TS/OU 12 Shotguns
American Arms WT/OU 10 Shotgun
Armsport 2700 O/U Goose Gun
Armsport 2700 Series O/U
Armsport 2900 Tri-Barrel Shotgun
Baby Bretton Over/Under Shotgun
Beretta Model 686 Ultralight O/U
Beretta ASE 90 Competition O/U Shotgun
Beretta Over/Under Field Shotguns
Beretta Onyx Hunter Sport O/U Shotgun
Beretta Model SO5, SO6, SO9 Shotguns
Beretta Sporting Clay Shotguns
Beretta 687EL Sporting O/U
Beretta 682 Super Sporting O/U
Beretta Series 682 Competition Over/Unders
Browning Citori O/U Shotgun
Browning Superlight Citori Over/Under
Browning Lightning Sporting Clays

Browning Micro Citori Lightning
Browning Citori Plus Trap Combo
Browning Citori Plus Trap Gun
Browning Citori O/U Skeet Models
Browning Citori O/U Trap Models
Browning Special Sporting Clays
Browning Citori GTI Sporting Clays
Browning 325 Sporting Clays
Centurion Over/Under Shotgun
Chapuis Over/Under Shotgun
Connecticut Valley Classics Classic Sporter O/U
Connecticut Valley Classics Classic Field Waterfowler
Charles Daly Field Grade O/U
Charles Daly Lux Over/Under
E.A.A./Sabatti Sporting Clays Pro-Gold O/U
E.A.A/Sabatti Falcon-Mon Over/Under
Kassnar Grade I O/U Shotgun
Krieghoff K–80 Sporting Clays O/U
Krieghoff K–80 Skeet Shotgun
Krieghoff K–80 International Skeet
Krieghoff K–80 Four-Barrel Skeet Set
Krieghoff K–80/RT Shotguns
Krieghoff K–80 O/U Trap Shotgun
Laurona Silhouette 300 Sporting Clays
Laurona Silhouette 300 Trap
Laurona Super-Model Over/Unders
Ljutic LM–6 Deluxe O/U Shotgun
Marocchi Conquista Over/Under Shotgun
Marocchi Avanza O/U Shotgun
Merkel Model 200E O/U Shotgun
Merkel Model 200E Skeet, Trap Over/Unders
Merkel Model 203E, 303E Over/Under Shotguns
Perazzi Mirage Special Sporting O/U
Perazzi Mirage Special Four-Gauge Skeet
Perazzi Sporting Classic O/U
Perazzi MX7 Over/Under Shotguns
Perazzi Mirage Special Skeet Over/Under
Perazzi MX8/MX8 Special Trap, Skeet
Perazzi MX8/20 Over/Under Shotgun
Perazzi MX9 Single Over/Under Shotguns
Perazzi MX12 Hunting Over/Under
Perazzi MX28, MX410 Game O/U Shotguns
Perazzi MX20 Hunting Over/Under
Piotti Boss Over/Under Shotgun
Remington Peerless Over/Under Shotgun
Ruger Red Label O/U Shotgun

Ruger Sporting Clays O/U Shotgun
San Marco 12-Ga. Wildflower Shotgun
San Marco Field Special O/U Shotgun
San Marco 10-Ga. O/U Shotgun
SKB Model 505 Deluxe Over/Under Shotgun
SKB Model 685 Over/Under Shotgun
SKB Model 885 Over/Under Trap, Skeet, Sporting Clays
Stoeger/IGA Condor I O/U Shotgun
Stoeger/IGA ERA 2000 Over/Under Shotgun
Techni-Mec Model 610 Over/Under
Tikka Model 412S Field Grade Over/Under
Weatherby Athena Grade IV O/U Shotgun
Weatherby Athena Grade V Classic Field O/U
Weatherby Orion O/U Shotguns
Weatherby II, III Classic Field O/Us
Weatherby Orion II Classic Sporting Clays O/U
Weatherby Orion II Sporting Clays O/U
Winchester Model 1001 O/U Shotgun
Winchester Model 1001 Sporting Clays O/U
Pietro Zanoletti Model 2000 Field O/U

Shotguns—Side by Sides
American Arms Brittany Shotgun
American Arms Gentry Double Shotgun
American Arms Derby Side-by-Side
American Arms Grulla #2 Double Shotgun
American Arms WS/SS 10
American Arms TS/SS 10 Double Shotgun
American Arms TS/SS 12 Side-by-Side
Arrieta Sidelock Double Shotguns
Armsport 1050 Series Double Shotguns
Arizaga Model 31 Double Shotgun
AYA Boxlock Shotguns
AYA Sidelock Double Shotguns
Beretta Model 452 Sidelock Shotgun
Beretta Side-by-Side Field Shotguns
Crucelegui Hermanos Model 150 Double
Chapuis Side-by-Side Shotgun
E.A.A./Sabatti Saba-Mon Double Shotgun
Charles Daly Model Dss Double
Ferlib Model F VII Double Shotgun
Auguste Francotte Boxlock Shotgun
Auguste Francotte Sidelock Shotgun
Garbi Model 100 Double
Garbi Model 101 Side-by-Side
Garbi Model 103A, B Side-by-Side

Garbi Model 200 Side-by-Side
Bill Hanus Birdgun Doubles
Hatfield Uplander Shotgun
Merkel Model 8, 47E Side-by-Side Shotguns
Merkel Model 47LSC Sporting Clays Double
Merkel Model 47S, 147S Side-by-Sides
Parker Reproductions Side-by-Side
Piotti King No. 1 Side-by-Side
Piotti Lunik Side-by-Side
Piotti King Extra Side-by-Side
Piotti Piuma Side-by-Side
Precision Sports Model 600 Series Doubles
Rizzini Boxlock Side-by-Side
Rizzini Sidelock Side-by-Side
Stoeger/IGA Uplander Side-by-Side Shotgun
Ugartechea 10-Ga. Magnum Shotgun

Shotguns—Bolt Actions & Single Shots
Armsport Single Barrel Shotgun
Browning BT–99 Competition Trap Special
Browning BT–99 Plus Trap Gun
Browning BT–99 Plus Micro
Browning Recoilless Trap Shotgun
Browning Micro Recoilless Trap Shotgun
Desert Industries Big Twenty Shotgun
Harrington & Richardson Topper Model 098
Harrington & Richardson Topper Classic Youth Shotgun
Harrington & Richardson N.W.T.F. Turkey Mag
Harrington & Richardson Topper Deluxe Model 098
Krieghoff KS–5 Trap Gun
Krieghoff KS–5 Special
Krieghoff K–80 Single Barrel Trap Gun
Ljutic Mono Gun Single Barrel
Ljutic LTX Super Deluxe Mono Gun
Ljutic Recoilless Space Gun Shotgun
Marlin Model 55 Goose Gun Bolt Action
New England Firearms Turkey and Goose Gun
New England Firearms N.W.T.F. Shotgun
New England Firearms Tracker Slug Gun
New England Firearms Standard Pardner
New England Firearms Survival Gun
Perazzi TM1 Special Single Trap
Remington 90–T Super Single Shotgun
Snake Charmer II Shotgun
Stoeger/IGA Reuna Single Barrel Shotgun
Thompson/Center TCR '87 Hunter Shotgun