UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PULLMAN ARMS INC.; GUNS and GEAR, LLC; PAPER CITY FIREARMS, LLC; GRRR! GEAR, INC.; and NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MAURA HEALEY, ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,<br><br>Defendant. | CIVIL ACTION<br>No. 4:16-cv-40136 |

**DEFENDANT'S EMERGENCY MOTION TO QUASH
SUBPOENAS FOR TESTIMONY ISSUED UNDER FED. R. CIV. P. 45
TO FOUR MASSACHUSETTS POLICE DEPARTMENTS**

Pursuant to Fed. R. Civ. P. 26(c) and Fed. R. Civ. P. 45(d)(3)(A) and (B), Defendant in this matter, Maura Healey, Attorney General for the Commonwealth of Massachusetts, with the assent of the Worcester Police Department, the Orange Police Department, the Agawam Police Department, and the Holyoke Police Department, hereby moves to quash four subpoenas for testimony issued by the Plaintiffs under Fed. R. Civ. P. 45 to those four police departments (collectively "Police Departments"). None of the Police Departments is a party to this lawsuit.

As grounds for this motion, the Attorney General states that the four subpoenas should be quashed because they seek discovery on matters that are beyond the scope of the remaining claims in this action, are not proportional to the needs of the case, and impose an undue burden on the Attorney General and the Police Departments. More specifically, where this Court has ruled that this case is limited to the application of the Enforcement Notice on Prohibited Assault

1

Weapons ("Enforcement Notice") to the firearms identified by the Plaintiffs in the Amended Complaint, discovery that exceeds the scope of that inquiry is improper.  Moreover, the Attorney General has stated unequivocally through responses to interrogatories and requests for admission that the firearms identified by the Plaintiffs in the Amended Complaint are not "copies or duplicates" of enumerated assault weapons under the Massachusetts Assault Weapons Ban, G.L. c. 140, §§ 121 and 131M, or the Enforcement Notice; thus, the testimony sought from the Police Departments will not advance this case and will needlessly waste law enforcement resources.

As grounds for the emergency, the Attorney General states that the subpoenas provided less than two weeks' notice of the Police Departments' depositions, which are scheduled for July 23, 24, and 25, 2019.  The Attorney General has asked the Plaintiffs to postpone the depositions in light of this motion and has not received a response.

WHEREFORE, the Attorney General, with the assent of the Worcester Police Department, the Orange Police Department, the Agawam Police Department, and the Holyoke Police Department, respectfully requests an order quashing the four subpoenas issued to the Police Departments, together with such relief as is necessary to prevent the scheduled depositions from going forward while this motion is pending.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

 /s/ Elizabeth Kaplan
Elizabeth Kaplan, BBO #568911
Julia E. Kobick, BBO #680194
Assistant Attorneys General
Gary Klein, BBO #560769
Special Assistant Attorney General

Office of the Attorney General<br>
One Ashburton Place, 20th Floor<br>
Boston, Massachusetts 02108<br>
(617) 963-2559<br>
elizabeth.kaplan@state.ma.us<br>
gary.klein@state.ma.us<br>
julia.kobick@state.ma.us

Date:  July 18, 2019

## **CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)**

      I certify that, on July 18, 2019, I conferred with David Kerrigan and Kristen Ragosta, counsel for the plaintiffs, and they indicated that the plaintiffs oppose this motion.

                                               /s/ Elizabeth Kaplan  
                                               Elizabeth Kaplan  
                                               Assistant Attorney General

## **CERTIFICATE OF SERVICE**

      I certify that this document filed through the CM/ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 18, 2019.

                                               /s/ Elizabeth Kaplan  
                                               Elizabeth Kaplan  
                                               Assistant Attorney General