# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PULLMAN ARMS INC.; GUNS and GEAR, LLC; PAPER CITY FIREARMS, LLC; GRRR! GEAR, INC.; and NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MAURA HEALEY, ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS, <br><br> Defendant. | CIVIL ACTION <br> No. 4:16-cv-40136 |

## **30(B)(6) DEPOSITION NOTICE**

TO    Elizabeth Kaplan, Assistant Attorney General
        Gary Klein, Esq.
        Government Bureau
        One Ashburton Place, 20th Floor
        Boston, Massachusetts 02108

Please take notice that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiffs, Pullman Arms Inc., et al., will take the deposition, upon oral examination of the person or persons designated by **Holyoke Police Department** as having the most knowledge of the matters listed on Schedule A (attached hereto) before a notary public or other officer authorized by law to administer an oath, at Kenney & Sams, P.C., 144 Turnpike Road, Southborough, MA 01772, commencing at **9:30 A.M.** on **July 23, 2019**. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

PLAINTIFFS,
Pullman Arms, Inc., et al.
By their attorneys,

*/s/ Christopher A. Kenney*
Christopher A. Kenney, Esq., BBO# 556511
cakenney@KSlegal.com
David R. Kerrigan, Esq., BBO# 550843
drkerrigan@KSlegal.com
Kristen R. Ragosta, Esq. BBO#664362
krragosta@KSlegal.com
Kenney & Sams, P.C.
45 School Street
Boston, MA 02108
(617)722-6045


*/s/ Michael J. Sullivan by CAK*
Michael J. Sullivan, Esq.
msullivan@ashcroftlawfirm.com
Ashcroft Law Firm
200 State Street
7th Floor
Boston, MA 02109

Dated: July 10, 2019

## SCHEDULE A

## TOPICS OF DISCUSSION

You are required to produce the person(s) most knowledgeable to testify concerning the following topics:

1. The Enforcement Notice subtitled "Prohibited Assault Weapons," issued on July 20, 2016 by the Office of the Attorney General (See Exhibit A attached), including without limitation the follow-up notices and amendments referred to as "Guns That Are Not Assault Weapons."

2. Knowledge and interpretation of the terms "copies" and "duplicates" of assault weapons appearing in G.L. c. 140 §121 before July 20, 2016.

3. Knowledge of the meaning and application of the "Interchangeability" and "Similarity" Tests appearing in the Enforcement Notice.

4. Questions raised internally within the Holyoke Police Department or by the public to the Department concerning interpretation of the Enforcement Notice and its Interchangeability and Similarity Tests.

5. Communications with other law enforcement authorities concerning the interpretation of the Enforcement Notice.

6. Application of Enforcement Notice and its two tests to the following firearms: the Kel Tech Sub 2000, Nordic NC-22LR, the CMMG MK4 T 22LR, a Smith and Wesson M&P 15-22, the DPMS Bull Barrel 22 LR, the DPMS AP4 22 LR, IWI Tavor, Beretta CX4 Storm, the Kel Tech RFB, the Springfield Armory M1A, and FN PS90.

7. Discussions, meetings, calls, conferences, and or statements within the Holyoke Police Department about the Enforcement Notice, including the interpretation of the Similarity and Interchangeability Tests.

8. Communications with any person or business entity concerning the interpretation of the Enforcement Notice.

9. Guidance of any kind, including without limitation any training, interpretation or presentation materials provided internally or externally concerning the Enforcement Notice.

10. The process to locate documents to be produced by the Holyoke Police Department in response to the subpoena dated April 23, 2019.