# EXHIBIT 14



**STEVEN M. SARGENT**
CHIEF OF POLICE

**DEPARTMENT OF POLICE**
**CITY OF WORCESTER**
MASSACHUSETTS 01608-1172
(508) 799-8600



May 13, 2019

David R. Kerrigan, Esquire
Kenney & Sams, P.C.
Reservoir Corporate Center
144 Turnpike Road, Suite 350
Southborough, MA 01772

Re: <u>Pullman Arms, Inc, et al v. Maura Healy,</u>
United States District Court, C.A. No.: 16-40136TSH

Dear Attorney Kerrigan:

Pursuant to the Keeper of Records Subpoena served in the above-referenced matter, please find the enclosed documents in the possession, custody and control of the City of Worcester Police Department.

Thank you for your attention to this matter.

Very truly yours,

Sean J. Fleming
Deputy Chief of Police

Enclosures



# Galanek, Sylvia

| | |
|---|---|
| **From:** | Fleming, Sean J. |
| **Sent:** | Monday, May 13, 2019 1:52 PM |
| **To:** | Galanek, Sylvia |
| **Subject:** | FW: Enforcement Notice on Prohibited Assault Weapons - FAQ |
| **Attachments:** | QA for Law Enforcement 7 27 2016.pdf |

For print – if you could print the attachment too

**From:** Fleming, Sean J.
**Sent:** Monday, May 13, 2019 11:01 AM
**To:** Gould, Kevin
**Subject:** FW: Enforcement Notice on Prohibited Assault Weapons - FAQ

**From:** Kyes, Brian [mailto: ]
**Sent:** Thursday, July 28, 2016 7:47 PM
**To:** Special Agent in Charge Dan Kumor (ATF); AAG Kim West; Acting SAC Larry Panetta (ATF); Assistant Special Agent in Charge Kevin L. Lane(DEA); Brian Simoneau (Chief of Staff FraminghamPD); Captain Chris Negrotti (Beverly PD); Captain Emanuel Gomes (Brockton PD); Captain Jack Ryder (Worcester PD); Captain Terry Reardon (Revere PD); Chief James Neiswanger (Holyoke PD); Chief Alan DeNaro (Haverhill PD); Kyes, Brian; ChiefDaniel O'Leary (Brookline PD); Chief Daniel S.Racine (Fall River PD); Chief Dave Fallon; Chief Edward Walsh (Taunton PD); Chief Frederick Ryan (Arlington PD); Chief James Fitzpatrick (Lawrence); Chief Jim Hicks (Past President MCOPA); Chief Joe Cafarelli (Revere PD); Chief John Crowley (Brockton PD); Chief John LeLacheur (Beverly PD); Chief Joseph Cordeiro (New Bedford PD); Chief Joseph Solomon; Chief Keith MacPherson (Waltham PD); Chief Ken Ferguson (Framingham PD); Chief Ken Green (Transit); Chief Ken Lavallee (Ret. Lowell PD); Chief KevinCoppinger (Lynn PD); Chief Kevin Molis (MaldenPD); Chief Kyle Heagney (Attleboro PD); Chief Leo Sacco (Medford PD); Chief Mary Butler (Salem PD); Chief Michael Wynn (Pittsfield PD); Chief Mike Botieri (Plymouth PD); Chief Paul Keenan (Quincy PD); Chief Paul MacMillan (Ret-Transit PD); Chief Richard Grimes (Weymouth PD); Chief Robert Champagne (Ret-Peabody); Chief Robert DeMoura (Ret- Fitchburg PD); Chief Robert Ferullo Jr. (Woburn PD); Chief Ron Campurciani (West Springfield); Sargent, Steven M.; Chief Steven B. Carl (AssumptionCollege)(Ret-FPD); Chief Steven Mazzie (EverettPD); Chief Terry Cunningham (WellesleyPD); Chief Tom Griffin (PeabodyPD); Chief William Jebb (Chicopee PD); Colonel Richard McKeon (MSP); Commissioner Bob Haas (Cambridge PD); Commissioner John Barbieri (Springfield PD); Commissioner William Evans (Boston PD); Daniel Linskey (Ret Sup Boston Police); Deputy Chief Deb Friedl (Lowell PD); Deputy Chief Paul Trant (Somerville PD); Deputy Chief Phillip Kearns (FitchburgPD); Deputy Chief Sean Fleming (WorcesterPD); Deputy Chief Steve Carrabino(Somerville PD); Deputy Chief StevenTrask (Framingham PD); Deputy Superintendant KellyNee (BPD); Director BRIC David Carabin; EOPSS Secretary Daniel Bennett; Inspector in Charge Shelly ABinkowski (US Postal Service); Kristin Ryan (MSP); Lieutenant Colonel Edward Amodeo (MSP); Lieutenant Colonel James Hanafin (MSP); Lieutenant Colonel Steve Mathews(MSP); Lt. Colonel Frank Hughes (MSP) ); Lt. Colonel Sharon Costine (MSP-Ret); RetiredChief Paula Meara (Springfield PD); Retired ChiefPhil Kearns; Retired Chief Ron Teachman (NewBedford); Special Agent in Charge Bruce Foucart (ICE); Special Agent in Charge Harold Shaw (FBI); Special Agent in Charge ICE Matthew Atre ); Special Agentin Charge Joel Garland (IRS); Special Agent inCharge Michael Ferguson (DEA); Superintendant Chris Burke (Cambridge PD); Superintendant in Chief William Gross (BPD); Superintendant Paul Fitzgerald (Boston PD); Superintendant Steve Williams(Cambridge PD); Superintendent WilliamTaylor (Lowell PD); Supertintendent Joe Wilson III(Cambridge PD); US Attorney Carmen Ortiz; US Marshall John Gibbons; USSS ASAC Thomas Baker; USSS SAC Stephen Marks; "Sharyn Lubas (Salem PD) Executive Assistant; * Dana McGillicuddy (Boston PD); * Jill Theriault (Lowell PD)Executive Assistant; * Jim Jordan, MMCCConsultant; * Karol Monsalve (Revere Police)Executive Assistant; * Kathy Kearney (BostonPD); * Kim Stanton (Brookline PD) ExecutiveAssistant; Morales, Lili; * MEMA Director Kurt Schwartz; *Dawn Colameta (Everett PD Executive Assistant; *Helen Paluzzi (Beverly PD) ExecutiveAssistant; *Kathy Edwards (DEA) ExecutiveAssistant ; *Kia Benjamin (Cambridge PD)Executive Assistant; *Lisa Lavoie (W.Springfield) Executive Assistant; *Margaret Gregory (Pittsfield PD) Executive Assistant; *Patti Gulino (Transit Police) ExecutiveAssistant; AAG Alicia Pradas-Monne (AG's

1

Office); AAG Jim O'Brien (AG's Office); Brandy Donini-Melanson (USAO); Captain James Guido (Revere PD) ; Carolyn Gallant ; Chief Ernie Martineau (Fitchburg PD); Chief Jeff Silva (Westwood PD - MCOPA Rep); Deputy Chief Paul Bozicas (Fitchburg PD); Deputy Superintendant Paul Ames (Cambridge PD); Haggan, Patrick (1st Assistant - SCDAO); Kathy Buote; Laura Dickerson (Boston Police)Executive Assistant; SCADA John Verner; Chief David Breen (Lynnfield); Chief Domenic DiMella (Saugus); Chief Donald Cudmore; Chief James Cormier (Reading); Chief JamesSpinney (Chelmsford); Chief Ken Berkowitz; Chief Lenny Campanello (Gloucester); Chief Mark Leahy (Northborough); Chief Michael Lyle (Melrose); Chief Mike Goulding (Weston PD); Chief Richard McLaughlin (Belmont); Chief Richard Smith (Wakefield); Chief Robert Barrows (BHCC); Chief Robert Bongiorno (Bedford); Chief Russell Stevens (Hamiliton); Chief Terence Delehanty (Winthrop); Chief Tim Sheehan (Tewksbury); Deputy Chief Mark Segalla (Reading PD); James Graham (Bedford); John F. Carmichael; Belchertown; BentleyCollege Campus P.D.; Bridgewater; Deerfield; Douglas; Dudley; Hampden; Lenox; Mashpee; Middleton; Norton; Norwood; Oak Bluffs; Peter Roddy; WayneSampson; Winchendon
**Subject:** Enforcement Notice on Prohibited Assault Weapons - FAQ

# ENFORCEMENT NOTICE ON PROHIBITED ASSAUL

## FREQUENTLY ASKED QUESTIONS
## FOR LAW ENFORCEMENT ORGANIZATIONS AN[D]

### Background:

Massachusetts law prohibits sale and possession of Assault weapons. C 131M. Sale by a business of any weapon that the buyer is not permitte[d] the state consumer protection act, G.L. c. 93A.

On July 20, 2016, the Attorney General issued an Enforcement Notice [on] Weapons that provides gun manufacturers, licensed dealers, and the pu[blic] Assault weapons ban. In particular, the Notice explains how the Attorn[ey] weapons that are prohibited as "copies" or "duplicates" of the enumerat[ed] weapons that are listed in Massachusetts law.

The full text of the Enforcement Notice as well as a copy of the Q&A a[vailable to] the public is attached. **The following Q&A** responds to frequently ask[ed questions from] enforcement organizations and law enforcement officers.

**Q: Is the Attorney General's office mandating state and local law enforcement organizations to engage in additional enforcement of the Assault weapons ban at this time?**

- <u>No</u>. The AGO expects and has begun to see <u>**voluntary compliance**</u> with the Assault weapons ban by gun dealers. We will be monitoring for non-compliance.

**Q: I am a law enforcement officer. Does the guidance affect me?**

- <u>**No**</u>. The guidance does not change the law with respect to ownership of Assault weapons by law enforcement officers. Your existing right to buy and possess Assault weapons <u>**remains protected**</u> under Massachusetts law.

- Both individual and duty weapons are protected.

**Q: Should we treat this as a change in law?**

- <u>**No.**</u> "Copies" and "Duplicates" of a list of specific weapons (that include the Colt AR-15 and the Kalashnikov AK47) have been banned under Massachusetts law since 1998. <u>**The AGO is simply explaining for gun dealers, gun manufacturers and member of the public how to identify the group of weapons that are Copies and Duplicates.**</u>



*Brian Kyes*
Chief of Police
President- Mass Major City Chiefs
Chelsea Police Department
19 Park Street
Chelsea, Massachusetts 02150
(617) 466-4810 (Office)
(617) ▬▬▬
(617) 466-4850 (Fax)
▬▬▬
FBINA 228th

Follow @ChiefKyes

3

# ENFORCEMENT NOTICE ON PROHIBITED ASSAULT WEAPONS

## FREQUENTLY ASKED QUESTIONS
## FOR LAW ENFORCEMENT ORGANIZATIONS AND OFFICERS

**Background:**

Massachusetts law prohibits sale and possession of Assault weapons. G.L. c. 140, §§ 128 and 131M. Sale by a business of any weapon that the buyer is not permitted to possess also violates the state consumer protection act, G.L. c. 93A.

On July 20, 2016, the Attorney General issued an Enforcement Notice on Prohibited Assault Weapons that provides gun manufacturers, licensed dealers, and the public with guidance on the Assault weapons ban. In particular, the Notice explains how the Attorney General identifies weapons that are prohibited as "copies" or "duplicates" of the enumerated banned Assault weapons that are listed in Massachusetts law.

The full text of the Enforcement Notice as well as a copy of the Q&A available to members of the public is attached. **The following Q&A** responds to frequently asked questions posed by law enforcement organizations and law enforcement officers.

**Q: Is the Attorney General's office mandating state and local law enforcement organizations to engage in additional enforcement of the Assault weapons ban at this time?**

- No. The AGO expects and has begun to see voluntary compliance with the Assault weapons ban by gun dealers. We will be monitoring for non-compliance.

**Q: I am a law enforcement officer. Does the guidance affect me?**

- No. The guidance does not change the law with respect to ownership of Assault weapons by law enforcement officers. Your existing right to buy and possess Assault weapons remains protected under Massachusetts law.

- Both individual and duty weapons are protected.

**Q: Should we treat this as a change in law?**

- No. "Copies" and "Duplicates" of a list of specific weapons (that include the Colt AR-15 and the Kalashnikov AK47) have been banned under Massachusetts law since 1998. The AGO is simply explaining for gun dealers, gun manufacturers and member of the public how to identify the group of weapons that are Copies and Duplicates.

**Galanek, Sylvia**

| | |
|---|---|
| **From:** | Fleming, Sean J. |
| **Sent:** | Monday, May 13, 2019 1:53 PM |
| **To:** | Galanek, Sylvia |
| **Subject:** | FW: [MA_Firearms] .22 rim fire rifle, assault weapon |

**From:** MA_Firearms@yahoogroups.com [mailto:MA_Firearms@yahoogroups.com]
**Sent:** Thursday, April 11, 2019 8:38 AM
**To:** MA_Firearms@yahoogroups.com
**Subject:** Re: [MA_Firearms] .22 rim fire rifle, assault weapon

Yes, according to the AGs Enforcement notice a .22 caliber rim fire rifle cannot be an assault weapon as long it was not an illegal assault weapon (center fire) that was converted to .22.

Chief Ron Glidden (Ret.)

On Apr 10, 2019, at 11:18 PM, bsafe508 [MA_Firearms] <MA_Firearms@yahoogroups.com> wrote:

> Ok thanks I'm understanding that. But, is there anything to this .22 caliber rim fire found not being considered in the assault weapons ban?
>
> Sent from Yahoo Mail for iPhone
>
> On Wednesday, April 10, 2019, 8:49 PM, Tom O'Loughlin [MA_Firearms] <MA_Firearms@yahoogroups.com> wrote:
>
>> First, he cannot purchase a weapon in his name with the intent to immediately transfer it, especially as LE, that is a "straw purchase" and the Fed's have prosecuted cops. The Federal purchase form specifically asks if you are purchasing the weapon for yourself.
>>
>> Secondly, I don't believe that a purchase as a LE allows him to transfer it to his son unless he too is LE.

1


Case 4:16-cv-40136-TSH   Document 86-14   Filed 07/18/19   Page 8 of 9

Chief Tom OLoughlin
MIlford Police

Sent from my iPhone

On Apr 10, 2019, at 6:15 PM, bsafe508 [MA_Firearms] <MA_Firearms@yahoogroups.com> wrote:

> Oh ya I forgot to mention, I told him that Scott, he wanted to purchase it for his son. Sorry I left that out.
>
> Sent from Yahoo Mail for iPhone
>
> On Wednesday, April 10, 2019, 5:33 PM, Scott Gaynor [MA_Firearms] <MA_Firearms@yahoogroups.com> wrote:
>
>> LEO exemption under 140 131m
>>
>> Tewksbury-ma.gov
>>
>> On Apr 10, 2019, at 15:50, bsafe508 [MA_Firearms] <MA_Firearms@yahoogroups.com> wrote:
>>
>>> Ok I've heard a couple different opinions on this topic. A fellow Sgt was hoping to purchase a AR configured .22 caliber rifle. It has everything that would make it an assault weapon. I remember hearing that .22 was off the table, then the AG said no .22 cal counts. Let me know what y'all say. Thanks,
>>>
>>> Sgt Lawrence
>>> Sandwich PD
>>>
>>> Sent from Yahoo Mail for iPhone

Posted by:


2

Reply via web post   •   Reply to sender   •   Reply to group   •   Start a New Topic   •   Messages in this topic (8)


Have you tried the highest rated email app?
With 4.5 stars in iTunes, the Yahoo Mail app is the highest rated email app on the market. What are you waiting for? Now you can access all your inboxes (Gmail, Outlook, AOL and more) in one place. Never delete an email again with 1000GB of free cloud storage.

**VISIT YOUR GROUP**

**YAHOO! GROUPS**
• Privacy • Unsubscribe • Terms of Use

SPONSORED LINKS