# Exhibit A

Page 1

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2     - - - - - - - - - - - - - - - -
       PULLMAN ARMS, INC. GUNS and GEAR, LLC,
 3     PAPER CITY FIREARMS, LLC,
       GRRR! GEAR, INC., and NATIONAL SHOOTING
 4     SPORTS FOUNDATION, INC.,
 5          Plaintiffs,
 6          vs.
 7
       MAURA HEALEY, ATTORNEY GENERAL FOR THE
 8     COMMONWEALTH OF MASSACHUSETTS,
 9          Defendant.
10     - - - - - - - - - - - - - - - -
11
12             DEPOSITION OF GRRR! GEAR, INC.
13                    CHRISTINE NOYES
14                Worcester, Massachusetts
15                Wednesday, July 10, 2019
16                     9:42 a.m.
17
18
19
20
21
22
23
24
```

```
                                                   Page 76
 1   Enforcement Notice?
 2               MS. RAGOSTA:  Objection.
 3        A.    At that point I was concerned about
 4   just every semi-automatic rifle.
 5        Q.    If you could turn back to the
 6   Complaint or to the Amended Complaint, Paragraph
 7   70, and the Amended Complaint is Exhibit 8.
 8        A.    Is that Page 17?
 9        Q.    Yes, it's Page 17 and just for the
10   record, I think it was Paragraph 67 in the
11   original Complaint.  Have you read Paragraph 70
12   before?
13        A.    Yes.
14        Q.    Can you confirm that this was a true
15   statement with respect to Smith and Wesson M&P
16   15-22 rifle as of September 22nd, 2016?
17               MS. RAGOSTA:  Objection.
18        A.    As of September, I believe as of
19   September I believe it is correct, yes.
20        Q.    And in December 2016 when the Amended
21   Complaint was filed, was it also a true
22   statement?
23               MS. RAGOSTA:  Objection.
24        A.    I believe I sold an M&P 15-22 a few
```

Page 77

1  months after the notice came out because I had
2  seen on the attorney general's website that 22
3  caliber firearms were not covered under the
4  Enforcement Notice.
5           But I got a little nervous after
6  I made the sale, and I went back and re-read the
7  Enforcement Notice.
8           I had two of them on my shelf. I
9  pulled the second one off the shelf and wouldn't
10 sell it because I was concerned about -- well,
11 two things: The interchangeability thing, and
12 the fact that the Enforcement Notice said of any
13 caliber.
14          So I was really confused about
15 the 22 Rimfire rifles that on the website it
16 said they weren't covered, but in the
17 Enforcement Notice it kind of contradicted
18 that.
19     Q.   So you were concerned even though on
20 the website you saw that 22 caliber Rimfire
21 rifles were not covered?
22     A.   Yes.
23     Q.   Did you see that website before you
24 sold the one 22 caliber that you just