UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PULLMAN ARMS INC, GUNS and GEAR, LLC, PAPER CITY FIREARMS, LLC, GRRR! GEAR, INC, and NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MAURA HEALEY, ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS, <br><br>Defendant. | CIVIL ACTION <br>No. 4:16-cv-40136 |

**DEFENDANT'S ASSENTED TO MOTION TO AMEND SCHEDULING ORDER**

Defendant, Maura Healey, proposes to extend pending event deadlines in this matter by several weeks in light of unforeseen circumstances. Plaintiffs assent to this motion. In support of the motion, Defendant represents as follows:

1. Defendant has retained an expert in this matter who has worked on similar issues for the office in the past. The retained expert, due to circumstances beyond his control, cannot complete the relevant report until November 5, 2019, three weeks after the existing deadline.

2. Due to a significant personal matter, the timing of which was not under her control, one member of the Attorney General's team, Elizabeth Kaplan, will likely be unavailable to work on this matter for an extended period of time commencing at some point in the next thirty days.

3. Another member of the Attorney General's team, Julie Kobick, has been assigned to an emergent matter that prevents her from concerted work on this matter until her work in the emergent matter is completed.

4. The Defendant anticipates reallocating resources so that this matter can be addressed expeditiously. However, the potential reallocation of office resources will create delays that necessitate the short extensions of time proposed below.

**PROPOSED AMENDED SCHEDULE**

| *EVENT* | *CURRENT DEADLINE* | *PROPOSED DEADLINE* |
|---|---|---|
| TRIAL EXPERTS DESIGNATED (BOTH PARTIES) | OCTOBER 15, 2019 | NOVEMBER 5, 2019 |
| EXPERT DEPOSITIONS COMPLETED (BOTH PARTIES) | NOVEMBER 14, 2019 | DECEMBER 5, 2019 |
| DISPOSITIVE MOTIONS DUE | DECEMBER 16, 2019 | JANUARY 13, 2020 |

*Wherefore*, Defendant requests, with the assent of the Plaintiffs, that the proposed requested revisions to the schedule be adopted by the Court.

Respectfully Submitted,

MAURA HEALEY
ATTORNEY GENERAL

 /s/ Elizabeth Kaplan
Elizabeth Kaplan (BBO No. 568911)
Julia E. Kobick (BBO No. 680194)
Assistant Attorneys General
Gary Klein, (BBO 560769)
Special Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108
(617) 963-2075
Elizabeth.kaplan@state.ma.us
Gary.klein@state.ma.us
Julia.kobick@state.ma.us

Date:  October 10, 2019