UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PULLMAN ARMS INC.; GUNS and GEAR, LLC; PAPER CITY FIREARMS, LLC; GRRR! GEAR, INC.; and NATIONAL SHOOTING SPORTS FOUNDATION, INC.,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MAURA HEALEY, ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO.<br>4:16-cv-40136-TJH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiffs Pullman Arms Inc., Guns and Gear, LLC, Paper City Firearms, LLC, Grrr! Gear, Inc., and the National Shooting Sports Foundation, Inc., and the defendant Maura Healey, as Attorney General for the Commonwealth of Massachusetts, being all parties to this action, hereby stipulate to the dismissal of this action with prejudice and with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| PLAINTIFFS, | DEFENDANTS, |
|---|---|
| By their counsel, | By their counsel |
| | MAURA HEALEY<br>ATTORNEY GENERAL |
| /s/ David R. Kerrigan<br>Christopher A. Kenney, BBO# 556511<br>cakenney@KandSlegal.com<br>David R. Kerrigan, BBO# 550843<br>drkerrigan@KandSlegal.com<br>Kenney & Sams, P.C.<br>Southborough Executive Park<br>225 Turnpike Road<br>Southborough, MA 01772 | /s/ William W. Porter<br>Julia E. Kobick, BBO #680194<br>William W. Porter, BBO #542207<br>Assistant Attorneys General<br>Gary Klein, BBO # 560769<br>Special Assistant Attorney General<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, Massachusetts 02108<br>(617) 963-2976<br>Bill.Porter@mass.gov |
| /s/ Michael J. Sullivan<br>Michael J. Sullivan<br>msullivan@ashcroftlawfirm.com<br>Ashcroft Law Firm<br>200 State Street, 7th Floor<br>Boston, MA 02109 | |

Date:  December 11, 2019